Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151750)
jross@hopkinscarley.com
Michaeline H. Correa (State Bar No. 215215)
mcorrea@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor Boston Private Bank
& Trust Company

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC<br><br>Debtor. | CASE NO. 13-53491<br><br>CHAPTER NO. 11<br><br>**SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF CLAIM OF TITLE TO RENTS & PROFITS, OR, ALTERNATIVELY, SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL**<br><br>[No Hearing Required] |

436\1016452.3

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL– CASE #13-53491

Case: 13-53491    Doc# 11    Filed: 07/01/13    Entered: 07/01/13 15:59:38    Page 1 of 5

**TO DEBTOR, DEBTOR'S ATTORNEY, AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that, pursuant to §§552(b), and 546(b) of Title 11 of the United States Code (the "Bankruptcy Code"), *Butner v. U.S.*, (1979) 440 US 48, 54, and California Civil Code §2938(c), Boston Private Bank & Trust Company ("Boston Private") claims title in the rents and profits in that certain real property commonly known as "272 E. Santa Clara Street, San Jose, CA 95113," Assessor's Parcel No. APN: 467-24-111 (the "Property"). Boston Private's title arises from a certain loan it made to Kimomex Santa Clara, LLC, predecessor owner to the debtor and debtor-in-possession, LLC (the "Debtor" or "Santa Clara LLC") in connection with the Property, which loan is secured by a deed of trust and assignment of rents as described below, as well as its pre-petition enforcement of that assignment of rents following Debtor's default in the form of a May 17, 2013 written demand on tenant Grocery Outlet, Inc. pursuant to California Civil Code §2938(c), that also is described below. Boston Property acknowledges the lone published California bankruptcy case that has considered this issue, *DRMG, LLC v Green (In re Superior Acquisitions, Inc.)* (Bankr ND Cal, June 27, 2011, No. 10-13730, A.P. No. 11-1034) 2011 Bankr Lexis 2485 (the "*DRMG* case"). It is respectfully submitted, however, that the *DRMG* case was incorrectly decided and is not binding on this Court in any event.

NOTICE IS FURTHER GIVEN that, in the alternative and without waiving its claim set forth above, and in the event that the rents and profits of the Property are determined to be an asset of the Debtor's bankruptcy estate, pursuant to §§ 552(b), 363(c)(2) and 546(b) of Title 11 of the Bankruptcy Code, Boston Private has a security interest in the rents and profits of the Property. Boston Private's security interest arises from certain loans it made to the Debtor in connection with the Property, which loan is secured by a deed of trust and assignment of rents as described below.

NOTICE IS FURTHER GIVEN that, in the alternative and without waiving its claim set forth above and in the event that the rents and profits of the Property are determined to be an asset of the Debtor's bankruptcy estate, pursuant to §§552(b), 363(c)(2) and 546(b) of Title 11 of the Bankruptcy Code, Boston Private has a security interest in the rents and profits of the Property.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\1016452.3 - 2 -
SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL – CASE #13-53491

Case: 13-53491    Doc# 11    Filed: 07/01/13    Entered: 07/01/13 15:59:38    Page 2 of 5

Boston Private's security interest arises from certain loans it made to the Debtor in connection with the Property, which loan is secured by a deed of trust and assignment of rents as described below.

That certain Deed of Trust on the Property dated July 15, 2008 (the "Deed of Trust"), which was recorded on July 18, 2008, in the Office of the Santa Clara County Recorder as Instrument No. 19928835.

That certain Assignment of Rents dated July 18, 2008, which was recorded on July 18, 2008 in the Office of the Santa Clara County Recorder as Instrument No. 19928836.

That certain Subordination, Non-Disturbance and Attornment Agreement, dated June 30, 2012, and recorded on September 13, 2012 in the Office of the Santa Clara County Recorder as Instrument No. 21851245.

NOTICE IS FURTHER GIVEN that pursuant to Bankruptcy Code §546(b), Boston Private hereby claims a perfected security interest in rents, issues and profits of the Property, Rents and Additional Rents.

NOTICE IS FURTHER GIVEN that all rents, issues and profits generated hereafter from the Property, Rents and Additional Rents are deemed cash collateral as defined under Bankruptcy Code §§363(a) and 363(c)(2)(a) and are subject to the perfected security interested held by Boston Private.

NOTICE IS FURTHER GIVEN that said cash collateral must be segregated and separately accounted for pursuant to Bankruptcy Code §363(c)(4).

NOTICE IS FURTHER GIVEN that on May 17, 2013, Boston Private gave written notice to Grocery Outlet, Inc. pursuant to California Civil Code §2938 that all rents are to be paid by said tenant to Boston Private and that therefore all rents due or owing thereafter are not property of Debtor's bankruptcy estate and must be segregated and turned over to Boston Private.

///
///
///

NOTICE IS FURTHER GIVEN that Boston Private does not consent to the use of its cash collateral and hereby demands that such funds generated from the Property, Rents and Additional Rents be segregated and separately accounted for as required by law and turned over to Boston Private until such time as Boston Private may consent to such use.

Dated: July 1, 2013

HOPKINS & CARLEY
A Law Corporation

By: /s/ Stephen J. Kottmeier
    Stephen J. Kottmeier
    Jay M. Ross
    Michaeline H. Correa
    Attorneys for Secured Creditor
    Boston Private Bank & Trust

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

436\1016452.3

- 4 -

SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL – CASE #13-53491

Case: 13-53491    Doc# 11    Filed: 07/01/13    Entered: 07/01/13 15:59:38    Page 4 of 5

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 1, 2013, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL**

in a sealed envelope, postage fully paid, addressed as follows:

**DEBTOR**:
272 E. Santa Clara Grocery, LLC
272 S. San Antonio Road
Los Altos, CA 94022

**DEBTOR'S ATTORNEY**:
**William J. Healy**
Campeau, Goodsell and Smith
440 N 1st St. #100
San Jose, CA 95112

**20 Largest Creditors**

| Andrew Lewis<br>475 S. San Antonio Rd.<br>Los Altos, CA 94022 | Ogen Perry<br>475 S. San Antonio Rd.<br>Los Altos, CA 94022 |
|---|---|
| ERAS Environmental, Inc.<br>1522 B Street<br>Hayward, CA 94541 | Rossi, Hamerslough<br>1960 The Alameda, Ste. 200<br>San Jose, CA 95126 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 1, 2013 at San Jose, California.

/s/
JillAnn J. Meade

436\1016452.3

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S NOTICE OF SECURITY INTEREST IN RENTS & PROFITS AND NON-CONSENT TO USE OF CASH COLLATERAL– CASE #13-53491

Case: 13-53491   Doc# 11   Filed: 07/01/13   Entered: 07/01/13 15:59:38   Page 5 of 5