1 | WILLIAM W. HUCKINS (BAR NO. 201098)
THOR D. MCLAUGHLIN (BAR NO. 257864)
2 | ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
3 | Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
4 | Phone: (415) 837-1515
Fax: (415) 837-1516
5 | E-Mail: whuckins@allenmatkins.com
         tmclaughlin@allenmatkins.com
6 |
Attorneys for Creditor
7 | Grocery Outlet Inc.

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE

11 | In re | Case No. 13-53491

12 | 272 E Santa Clara Grocery, LLC, | Chapter 11

13 | | **REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST**
     Debtor.

14 |

15 | **TO THE CLERK, THE DEBTOR, THE ATTORNEYS FOR THE DEBTOR, THE**

16 | **PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17 | Pursuant to Bankruptcy Rules 2002 and 9007, 11 U.S.C. §§ 102(1) and 1109(b) and other

18 | applicable law, Grocery Outlet Inc. hereby requests copies of all notices given or required to be

19 | given in this action, and copies of all papers served or required to be served in this action, such

20 | copies to be sent to:

21 |     William W. Huckins, Esq.
         Thor D. McLaughlin, Esq.
22 |     Allen Matkins Leck Gamble Mallory & Natsis LLP
         Three Embarcadero Center, 12th Floor
23 |     San Francisco, CA 94111

24 |

25 | This request includes not only the notices and papers referred to in the Bankruptcy Rules

26 | specified above, but also, includes, without limitation, orders and notices of any application,

27 | motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether

28 |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

Case: 13-53491  Doc# 18  Filed: 07/10/13  Entered: 07/10/13 14:34:16  Page 1 of 2
REQUEST FOR SPECIAL NOTICE AND INCLUSION ON MAILING LIST

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier or otherwise.

This request shall not be deemed or construed to: (1) consent to the personal jurisdiction of the bankruptcy court; (2) waive having to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) waive having the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) waive any other rights, claims, actions and defenses, at law or in equity, all of which rights, claims, actions and defenses are expressly reserved.

Dated: July 10, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: */s/ William W. Huckins*
WILLIAM W. HUCKINS
Attorneys for Secured Creditor
GROCERY OUTLET INC.