Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor BOSTON PRIVATE BANK & TRUST COMPANY, formerly known as and successor to Borel Private Bank & Trust Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>Debtor. | CASE NO. 13-53491<br><br>CHAPTER 11<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF EX PARTE APPLICATIONS FOR ORDERS OF EXAMINATION OF DEBTOR WITNESSES AND FOR PRODUCTION OF DOCUMENTS PURSUANT TO BANKRUPTCY RULE 2004** |

I, Stephen J. Kottmeier, declare:

1. I am an attorney at law duly licensed under the laws of the State of California and am admitted to the bar of this Court. I am a shareholder with Hopkins & Carley, a Law Corporation, attorneys of record for Secured Creditor Boston Private Bank & Trust Company, formerly known as and successor to Borel Private Bank & Trust Company ("BPB"). I make this

1. declaration pursuant to Bankruptcy Rule 2004 in support of BPB's Ex Parte Applications for orders pursuant to Bankruptcy Rule 2004 for appearance and production of records of Andrew Lewis, Michael Lach, Liesel Ernst, Allyn R. Tognoli, Tina D. Tognoli, Ogen Perry, and Linda Latham (collectively the "Witnesses"), each of whom is listed in the Debtor's Statement of Financial Affairs as a member of Debtor 272 E. Santa Clara Grocery, LLC ("Debtor"). I am informed and believe that Mr. Lewis is also a managing member of the Debtor. The facts stated herein are true based upon my personal knowledge or upon my information and belief based upon our investigation of this matter.

2. The underlying facts pertinent to this application are set forth in the Declaration of David Scheiber In Support Of Secured Creditor's Boston Private Bank & Trust Company's Motion Confirming That No Stay Is In Effect With Respect To Rent, filed herein as Docket No. 22-2 and 22-3 (Exhibits) and the Court is requested to take judicial notice of that declaration in the Court's records. A true copy of Mr. Scheiber's Declaration is attached to this Declaration as Exhibit 1.

3. Based on those facts and the Debtor's schedules and statement of affairs filed herein, BPB is informed and believes that each of the Witnesses has relevant information that will materially aid BPB in its investigation of the Debtor's acts, conduct, assets, liabilities, financial condition and business operations and sources of funds or other resources available to the Debtor for the purpose of consummating a plan. Each of the Witnesses is listed currently as an owner of the Debtor and, according to public records recorded in the Office of the Santa Clara County Recorder, formerly owned an interest in the real property which is identified as the Debtor's principal asset in this case.

11. The documents to be produced relate to the property of the bankruptcy estate and the Debtor's financial affairs, as well as its financial condition, business operations and sources of funds or other resources available to the Debtor. These matters may affect the administration of the estate and therefore fall under the proper scope of production of documentary evidence as delineated under Rule 2004(b) of the Federal Rules of Bankruptcy Procedure.

114\1022151.1 - 2 -

DECLARATION OF COUNSEL ISO EX PARTE APPLICATIONS FOR BR 2004 ORDERS OF EXAMINATION    CASE NO. 13-53491

12. On this basis, BPB requests that this Court order each of the Witnesses to appear for examination and to produce documents as indicated in the Ex Parte applications for and order of examination for each of the Witnesses.

13. BPB is serving this Application (by ECF filing and service) upon counsel for the Debtor and the Office of the United States Trustee and upon each of the Witnesses at the address shown for each in the Debtor's Statement of Financial Affairs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on this 24 day of July, 2013, at San Jose, California.

/s/ Stephen J. Kottmeier
Stephen J. Kottmeier

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

114\1022151.1 - 3 -
DECLARATION OF COUNSEL ISO EX PARTE APPLICATIONS FOR BR 2004 ORDERS OF EXAMINATION   CASE NO. 13-53491

Case: 13-53491    Doc# 31-2    Filed: 07/25/13    Entered: 07/25/13 10:42:02    Page 3 of 3