Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor BOSTON PRIVATE BANK & TRUST COMPANY, formerly known as and successor to Borel Private Bank & Trust Company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>Debtor. | CASE NO. 13-53491<br><br>CHAPTER 11<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION FOR ORDER DIRECTING BOSTON PRIVATE BANK & TRUST COMPANY'S PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004** |

I, Stephen J. Kottmeier, declare:

1. I am an attorney at law duly licensed under the laws of the State of California and am admitted to the bar of this Court. I am a shareholder with Hopkins & Carley, a Law

547\1030898.1

DEC. OF COUNSEL ISO OPPOSITION TO EX PARTE APPLICATION FOR ORDER DIRECTING BPB'S PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004     CASE NO. 13-53491

Case: 13-53491    Doc# 52    Filed: 08/15/13    Entered: 08/15/13 18:17:20    Page 1 of 3

1. Corporation, attorneys of record for Secured Creditor Boston Private Bank & Trust Company, formerly known as and successor to Borel Private Bank & Trust Company ("BPB"). I make this declaration pursuant to Bankruptcy Rule 2004 in support of BPB's Opposition to Ex Parte Application for Order Directing Boston Private Bank & Trust Company's Production of Documents Under Bankruptcy Rule 2004. The facts stated herein are true based upon my personal knowledge or upon my information and belief based upon our investigation of this matter.

2. I am the lead counsel at Hopkins & Carley with respect to the action that BPB filed in the Santa Clara County Superior Court under case number 113-CV-247691 ("BPB's State Court Action"), and BPB's related application to obtain an order for the appointment of a Receiver for the real property located at 272 East Santa Clara Street, San Jose, CA 95112. In BPB's State Court Action, our office received a copy of a "Declaration of Andrew A Lewis In Opposition To Plaintiff's Motion For Order Appointing Receiver And Issuing A Preliminary Injunction" (the "Lewis Declaration") that was filed with the Santa Clara County Superior Court. A true and correct copy of the Lewis Declaration is attached hereto as **Exhibit A**. Accordingly, pursuant to Federal Rule of Evidence 201, the Court is asked to take Judicial Notice of the Lewis Declaration.

3. In BPB's State Court Action, our office filed a "Reply Declaration of David Schieber in Support of Plaintiff's Application for Appointment of Receiver and Restraining Order in Aid of Receiver" ("Schieber Reply Declaration"). A true and correct copy of the Schieber Reply Declaration is attached hereto as **Exhibit B**. Accordingly, pursuant to Federal Rule of Evidence 201, the Court is asked to take Judicial Notice of the Schieber Reply Declaration.

4. I am aware that Borel Private Bank and Trust ("Borel") merged into BPB. Based on my preliminary investigation, it is my understanding that BPB should have access to Borel's computer archives and separate computer system but that it would be necessary to access those archives. BPB has not yet had the opportunity to access those Borel archives to determine the volume of documents (e.g., e-mails), if any, exist responsive to the requests in the Application. However, it is also my understanding that doing so would be very time-consuming so that it could

547\1030898.1 - 2 -
DEC. OF COUNSEL ISO OPPOSITION TO EX PARTE APPLICATION FOR ORDER DIRECTING BPB'S PRODUCTION OF DOCUMENTS UNDER BANKRUPTCY RULE 2004 CASE NO. 13-53491

Case: 13-53491   Doc# 52   Filed: 08/15/13   Entered: 08/15/13 18:17:20   Page 2 of 3

1 not be done by August 30, 2013, and would also be costly. I am working with BPB to obtain an
2 estimate of the time and cost to perform that search.

3     5.     At approximately 1 p.m., on Tuesday, August 13, 2013, I received an e-mail from
4 a Court administror advising me that that the Court would hold a hearing regarding BPB Rule
5 2004 applications at 1:00 p.m., on Friday, August 16, 2013.

6     I declare under penalty of perjury under the laws of the State of California that the
7 foregoing is true and correct and this declaration was executed on this 15th day of August, 2013,
8 at San Jose, California.

/s/ Stephen J. Kottmeier
Stephen J. Kottmeier

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

547\1030898.1
- 3 -
DEC. OF COUNSEL ISO OPPOSITION TO EX PARTE APPLICATION FOR ORDER DIRECTING BPB'S PRODUCTION OF
DOCUMENTS UNDER BANKRUPTCY RULE 2004
CASE NO. 13-53491

Case: 13-53491    Doc# 52    Filed: 08/15/13    Entered: 08/15/13 18:17:20    Page 3 of 3