# EXHIBIT B

Stephen J. Kottmeier (State Bar No. 077060)
Aleksandr Korzh (State Bar No. 286613)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:	(408) 286-9800
Facsimile:	(408) 998-4790

Attorneys for Plaintiff
BOSTON PRIVATE BANK & TRUST COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| BOSTON PRIVATE BANK & TRUST COMPANY, a Massachusetts banking corporation and successor in interest to Borel Private Bank & Trust Company,<br><br>Plaintiff,<br><br>v.<br><br>KIMOMEX SANTA CLARA, LLC, a California limited liability company; 272 E. SANTA CLARA GROCERY, LLC, a California limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1-13-cv-247691<br><br>UNLIMITED JURISDICTION<br><br>**REPLY DECLARATION OF DAVID SCHEIBER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR APPOINTMENT OF RECEIVER AND RESTRAINING ORDER IN AID OF RECEIVER**<br><br>Date: June 27, 2013<br>Time: 3:00 p.m.<br>Dept.: 5<br><br>[SIGNATURE BY FACSIMILE] |

I, David Scheiber, declare as follows:

1. I am the Senior Vice President – Special Assets Department at Plaintiff Boston Private Bank & Trust Company ("Bank"), which is the Plaintiff in the above-entitled action. I have been assigned the responsibility for administration and enforcement of loan which is at issue in this case, including the Bank's rights under its deed of trust and assignment of rents for the property which secures the loan.

2. I make this declaration in reply to the opposition papers of defendant 272 E. Santa Clara, LLC (the "LLC") and in support of the Bank's Motion for Appointment of Receiver and Preliminary Injunction relating to the property located at 272 East Santa Clara Street, San Jose, CA 95112 (Assessor's Parcel No. 467-24-111) (the "Property").

3. On May 21, 2013, I met with Andrew Lewis, manager of the LLC to discuss this matter.

4. Mr. Lewis claimed to me and my colleagues who were with me that the LLC did not have the money or the expertise to deal with the environmental issues related to the Property and that he needed cash flow for his investors. He later reiterated to me in a voicemail that the LLC had no money to address the environmental issues. He never withdrew those statements in any later communication.

5. Lewis also made claims that the Bank had "defrauded" his other company, Investment Grade Loans, Inc. ("IGLI") and its investors by not telling them about the environmental issues on the Property. However, in that conversation, first Lewis claimed that the fraud had occurred when the loan was originally made, not when the Agreement Re Foreclosure was made. When pressed about this, he changed his story and started asserting that the so-called fraud was later. Mr. Lewis was inconsistent in his contentions. Furthermore, he admitted to us that IGLI had done no due diligence of its own regarding environmental conditions on the Property.

6. Prior to meeting with Mr. Lewis, I sent him a letter confirming that he had rejected the proposal in the draft Fourth Amendment To Agreement Re Foreclosure Sale and it was withdrawn. A copy of that letter is attached to this declaration as Exhibit 1. My understanding based on discussions with my predecessor is that Mr. Lewis had earlier made a number of demands on or proposals to the Bank such as proposing to buy the Bank's loan for a steeply discounted price of $1.2 million or getting unlimited time to deal with the environmental issue while collecting all of the cash flow from the property. None of Lewis' proposals were acceptable to the Bank, and the terms in the draft Fourth Amendment To Agreement Re Foreclosure Sale were the only proposal which the Bank ever made following expiration of the

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1015111.3 - 2 -
REPLY DECLARATION OF DAVID SCHEIBER ISO APPLICATION FOR APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

Case: 13-53491   Doc# 52-3   Filed: 08/15/13   Entered: 08/15/13 18:17:20   Page 3 of 7

Third Amendment. Lewis rejected that proposal. We reiterated in our May 21 meeting with Mr. Lewis that the last agreement IGLI had with the Bank was the Third Amendment and that it had expired by its own terms. Neither in our May 21 meeting with him nor in any of the subsequent voice messages he left me did Mr. Lewis ever claim to me that an agreement had been reached between him and anyone at the Bank regarding a further deal after expiration of the Third Amendment To Forbearance Sale Agreement which expired on December 31, 2012.

7. The original borrower defaulted on property taxes for the subject property in the amount of $235,466.40. I have confirmed that amount and that those property taxes remain in default by checking the information publicly available on the Santa Clara County Assessor's website for the Property.

8. The Bank has not received the rents apparently collected from the Property by the LLC for the months of April and May 2013. The rents are not being paid through a lock box or other collateral account over which the Bank has any control or access. The rents for April and May alone total approximately $80,000 and constitute part of the Bank's collateral.

9. Lastly, I received a communication from the tenant at the Property that there are roof leaks in the building. Roof leaks are likely a structural issue that will need to be addressed. The receiver we have nominated has the experience to address such issues as part of her management of the Property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 25, 2013 at Encino, California.

_____
David Scheiber

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

733\1015111.3

- 3 -

REPLY DECLARATION OF DAVID SCHEIBER ISO APPLICATION FOR APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

Case: 13-53491    Doc# 52-3    Filed: 08/15/13    Entered: 08/15/13 18:17:20    Page 4 of 7

# EXHIBIT 1

# BOSTON PRIVATE BANK
# & TRUST COMPANY

May 13, 2013

*By email and regular mail*

Mr. Andy Lewis
Investment Grade Loans, Inc.
475 S. San Antonio Road
Los Altos, CA 94022
email: igli@sbcglobal.net

    **Re:** *Boston Private Bank & Trust Company Loan Secured By Property at 272 E. Santa Clara Street, San Jose, CA*

Dear Mr. Lewis:

    I am writing to introduce myself and advise you of a change in administration of Boston Private Bank's loan secured by the above property. Bruce Brown, with whom you have previously dealt, has left the Bank. Responsibility for the loan and for the Bank's relationship with Investment Grade Loans, Inc. and 272 E. Santa Clara Grocery, LLC have now been assigned to me. I therefore want to schedule a meeting with you to discuss the status of the property and the Bank's foreclosure proceedings. I will be in the Bay Area on May 21, 2013, and request that we meet on that date in our office at 160 Bovet Road, San Mateo. I propose that we meet at <u>2:00 P.M.</u> Please let me know a convenient time for you to meet on that date.

    In the meantime, Mr. Brown advised me that he provided to you a draft proposed Fourth Amendment To Agreement Re Foreclosure Sale but that you did not execute it and have rejected its terms. Accordingly, as of this time, the proposal in the draft Fourth Amendment is withdrawn. The relationship between the Bank, on the one hand, and Investment Grade Loans, Inc. and 272 E. Santa Clara Grocery, LLC, on the other hand, remains governed by the provisions of the Third Amendment to Agreement Re Foreclosure Sale, which the parties executed in March 2012. Pursuant to the provisions of that agreement, the Bank may proceed with its foreclosure and other remedies at any time after December 31, 2012.

    I look forward to meeting you and having a fuller discussion of the status of the property and the parties' relationship.

16000 VENTURA BOULEVARD • ENCINO, CALIFORNIA 91436 • TELEPHONE: (818) 501-1700 • FAX: (818) 789-9024
WWW.BOSTONPRIVATEBANK.COM

Case: 13-53491    Doc# 52-3    Filed: 08/15/13    Entered: 08/15/13 18:17:20    Page 6 of 7

Mr. Andy Lewis

May 13, 2013
Page 2

                                         Sincerely,
                                         Boston Private Bank & Trust Company

                                         David Scheiber
                                         Senior Vice-President