# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re: 272 E Santa Clara Grocery, LLC

Case No. __13-53491__

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: __07/31/13__          PETITION DATE: __06/27/13__

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in __$1__

|  |  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** |  |  |  |
|  | a. Current Assets | $10,629 |  |  |
|  | b. Total Assets | $7,310,629 |  |  |
|  | c. Current Liabilities | $0 |  |  |
|  | d. Total Liabilities | $4,330,514 |  |  |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** |  |  |  |
|  | a. Total Receipts | $6,430 |  | $0 |
|  | b. Total Disbursements | $6,430 |  | $0 |
|  | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
|  | d. Cash Balance Beginning of Month | $0 |  | $0 |
|  | e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

|  |  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. | Account Receivables (Pre and Post Petition) | $0 |  |  |
| 6. | Post-Petition Liabilities | $0 |  |  |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $0 |  |  |

At the end of this reporting month:                                                                                      Yes        No

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)        ___        XX
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)        ___        XX
10. If the answer is yes to 8 or 9, were all such payments approved by the court?
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)        ___        XX
12. Is the estate insured for replacement cost of assets and for general liability?        XX
13. Are a plan and disclosure statement on file?        ___        XX
14. Was there any post-petition borrowing during this reporting period?        ___        XX

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees __X__; Check if filing is current for: Post-petition tax reporting and tax returns: ___ None currently due   Paid Trustee fee in August
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: __8/16/2013__                                            _____
                                                                Responsible Individual

Case: 13-53491   Doc# 56   Filed: 08/19/13   Entered: 08/19/13 12:33:17   Page 1 of 6

Revised 1/1/98

# BALANCE SHEET
(Small Real Estate/Individual Case)
For the Month Ended 07/31/13

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $629 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $10,000 |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $10,629 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | | |
| 8 | Real property (rental or commercial) (Value determined per Sales Contract) | | $7,300,000 |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $7,300,000 |
| 18 | **Total Assets** | | $7,310,629 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | Unknown |
| 23 | Other: _____ | | |
| 24 | _____ | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | |
| 29 | Secured claims (other) | | $3,570,000 |
| 30 | Priority unsecured claims | | $0 |
| 31 | General unsecured claims | | $760,514 |
| 32 | **Total Pre-Petition Liabilities** | | $4,330,514 |
| 33 | **Total Liabilities** | | $4,330,514 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | |
| 35 | **Total Liabilities and Equity (Deficit)** | | $4,330,514 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

# SCHEDULES TO THE BALANCE SHEET

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |                                          | Property 1          | Property 2 | Property 3 |
|---|------------------------------------------|---------------------|------------|------------|
| 1 | Description of Property                  | 272 E Santa Clara St |            |            |
| 2 | Scheduled Gross Rents                    | $39,600             |            |            |
|   | Less:                                    |                     |            |            |
| 3 | Vacancy Factor                           |                     |            |            |
| 4 | Free Rent Incentives                     |                     |            |            |
| 5 | Other Adjustments (collected by Borel)   | $39,600             |            |            |
| 6 | Total Deductions                         | $39,600             | $0         | $0         |
| 7 | Scheduled Net Rents                      | $0                  | $0         | $0         |
| 8 | Less: Rents Receivable (2)               |                     |            |            |
| 9 | Scheduled Net Rents Collected (2)        | $0                  | $0         | $0         |

(2) To be completed by cash basis reporters only.


## Schedule B
### Recapitulation of Funds Held at End of Month

|    |                                    | Account 1         | Account 2 | Account 3 |
|----|------------------------------------|-------------------|-----------|-----------|
| 10 | Bank                               | Heritage          |           |           |
| 11 | Account No.                        | 541006151         |           |           |
| 12 | Account Purpose                    | Regular Checking  |           |           |
| 13 | Balance, End of Month              | $629              |           |           |
| 14 | Total Funds on Hand for all Accounts | $629            |           |           |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $0 | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions - Andrew Lewis | $6,430 | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $6,430 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 |    Personal Property | | |
| 19 |    Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 |    Salaries | | |
| 21 |    Draws | | |
| 22 |    Commissions/Royalties | | |
| 23 |    Expense Reimbursements | | |
| 24 |    Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 |    Employee Withholding | | |
| 28 |    Employer Payroll Taxes | | |
| 29 |    Real Property Taxes | | |
| 30 |    Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 |    Trustee Fees ($325 paid in August) | $0 | |
| 33 |    Envirinmental Costs (Paid from Andrew Lewis Acct) | $6,430 | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $6,430 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $0 | $0 |

Case: 13-53491    Doc# 56    Filed: 08/19/13    Entered: 08/19/13 12:33:17    Page 4 of 6

Revised 1/1/98

```
HERITAGE BANK OF COMMERCE           015 00041 01                    PAGE:     1
419 S SAN ANTONIO ROAD              ACCOUNT:      541006151   07/31/2013
LOS ALTOS, CA 94022-3640
For Customer Service, call:
800-801-3396 - 24/7 automated service
888-494-4599 - other deposit account inquiries           HERITAGE
800-400-2762 - other loan account inquiries            BANK OF COMMERCE


         272 E SANTA CLARA GROCERY LLC
         DEBTOR IN POSSESSION
    39   CASE NUMBER 13-53491
         475 S SAN ANTONIO ROAD
         LOS ALTOS CA  94022
                                                                        30-9
                                                                           0
                                                                           0


================================================================================
   EFFECTIVE AUGUST 5, 2013, THE HERITAGE BANK OF COMMERCE 24/7 AUTOMATED
   SERVICE TELEPHONE NUMBER ABOVE WILL NO LONGER BE AVAILABLE. TELEPHONE
   CONTACT CAN BE MADE DIRECTLY TO THE BANK DURING REGULAR BUSINESS HOURS AT
   EITHER OF THE FOLLOWING NUMBERS:
   DEPOSIT INQUIRIES - 888-494-4599
   LOAN INQUIRIES - 800-400-2762

================================================================================
                  BANKRUPTCY CHECKING ACCOUNT 541006151
================================================================================

                                    LAST STATEMENT 07/15/13            .00
AVG AVAILABLE BALANCE      628.86           1 CREDITS               628.86
                                              DEBITS                   .00
                                    THIS STATEMENT 07/31/13         628.86

             - - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                              DATE        AMOUNT
TRANSFER FROM OLD A/C XXXXX5203                          07/15       628.86

        - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

   ***************************************************************************
   *                          |    TOTAL FOR      |      TOTAL               *
   *                          |    THIS PERIOD    |      YEAR TO DATE        *
   *-------------------------------------------------------------------------*
   * TOTAL OVERDRAFT FEES:    |         $.00      |           $.00           *
   *-------------------------------------------------------------------------*
   * TOTAL RETURNED ITEM FEES:|         $.00      |           $.00           *
   ***************************************************************************


             - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
07/15          628.86
```

Case: 13-53491   Doc# 56   Filed: 08/19/13   Entered: 08/19/13 12:33:17   Page 5 of 6
EQUAL HOUSING LENDER                                                      Member FDIC

```
                HERITAGE BANK OF COMMERCE        015 00041 01                    PAGE:    1
                419 S SAN ANTONIO ROAD           ACCOUNT:        541005203   07/31/2013
                LOS ALTOS, CA 94022-3640
                For Customer Service, call:
                800-801-3396 - 24/7 automated service              HERITAGE
                888-494-4599 - other deposit account inquiries     BANK OF COMMERCE
                800-400-2762 - other loan account inquiries
```

```
    4030
          272 E SANTA CLARA GROCERY LLC
          475 S SAN ANTONIO ROAD
          LOS ALTOS CA  94022

                                                              <C> <T> 30-5
                                                                            0
                                                                            0
```



```
                      * * *  F I N A L   S T A T E M E N T  * * *
===============================================================================
   EFFECTIVE AUGUST 5, 2013, THE HERITAGE BANK OF COMMERCE 24/7 AUTOMATED
   SERVICE TELEPHONE NUMBER ABOVE WILL NO LONGER BE AVAILABLE. TELEPHONE
   CONTACT CAN BE MADE DIRECTLY TO THE BANK DURING REGULAR BUSINESS HOURS AT
   EITHER OF THE FOLLOWING NUMBERS:
   DEPOSIT INQUIRIES - 888-494-4599
   LOAN INQUIRIES - 800-400-2762


===============================================================================
                    BUSINESS CHECKING ACCOUNT 541005203
===============================================================================

                                    LAST STATEMENT 06/28/13           8,128.86
                                               CREDITS                     .00
                                             2 DEBITS                 8,128.86
                                    THIS STATEMENT 07/31/13                .00

                - - - - - - - - - CHECKS - - - - - - - - -
   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
    1037 07/01    7,500.00

                - - - - - - - - OTHER DEBITS - - - - - - - - -
   DESCRIPTION                                             DATE            AMOUNT
   TRANSFER TO NEW A/C XXXXX6151                          07/15            628.86

           - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

       ****************************************************************
       *                              |   TOTAL FOR    |    TOTAL      *
       *                              |  THIS PERIOD   |  YEAR TO DATE *
       *------------------------------------------------------------------*
       * TOTAL OVERDRAFT FEES:        |        $.00    |        $.00   *
       *------------------------------------------------------------------*
       * TOTAL RETURNED ITEM FEES:    |        $.00    |        $.00   *
       ****************************************************************

                         * * *  C O N T I N U E D  * * *
```

Case: 13-53491   Doc# 56   Filed: 08/19/13   Entered: 08/19/13 12:33:17   Page 6 of 6

EQUAL HOUSING LENDER                                                    Member FDIC