

1 | CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 | WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
3 | San Jose, California   95112
Telephone:  (408) 295-9555
4 | Facsimile:   (408) 295-6606

**The following constitutes
the order of the court. Signed October 17, 2013**

5 | ATTORNEYS FOR Debtor

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-53491 |
| 272 E SANTA CLARA GROCERY, LLC, | CHAPTER 11 |
| Debtor. | **ORDER APPROVING EX PARTE APPLICATION TO EMPLOY BROKER/AGENT** |

The Court having reviewed the EX PARTE APPLICATION TO EMPLOY BROKER/AGENT of 272 E SANTA CLARA GROCERY, LLC, Debtor and Debtor-in-possession herein ("Debtor" or "Applicant") to employ Paul Melnyk and Sperry Van Ness | SV Advisors ("Agent/Broker") to market and sell Debtor's real property identified as 272 E Santa Clara Street, San Jose, California, Santa Clara County Assessor's Parcel Number 467-24-111 ("Property") pursuant to Section 327 (a) of the Bankruptcy Code (the "Code") and Rule 2014 (a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") ("Application"), having found that the Application and declaration comply with Section 327(a) the Bankruptcy Code and Bankruptcy Rules 2014(a), and good cause appearing therefore,

1    IT IS HEREBY ORDERED that Debtor is authorized to employ Paul Melnyk and
2 Sperry Van Ness | SV Advisors ("Agent/Broker") pursuant to the terms set forth in the
3 Application.

**\*\*\* END OF ORDER \*\*\***

***Court Service List***

ORDER APPROVING EX PARTE APPLICATION TO EMPLOY BROKER/AGENT
3