

1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:  (408) 295-9555
4  Facsimile:   (408) 295-6606

**The following constitutes
the order of the court. Signed October 17, 2013**

5  ATTORNEYS FOR Debtor

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

\* see changes below

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    )   Case No. 13-53491
                                          )
272 E SANTA CLARA GROCERY, LLC,           )   CHAPTER 11
                                          )
              Debtor.                     )   **ORDER GRANTING EX PARTE
                                          )   APPLICATION FOR ORDER
                                          )   SHORTENING TIME FOR HEARING
                                          )   ON MOTION TO SELL REAL
                                          )   PROPERTY (272 E. Santa Clara St.)
                                          )   FREE AND CLEAR OF LIENS AND
                                          )   PAY BROKER/AGENT AND MOTION
                                          )   TO ASSUME AND ASSIGN LEASE**
                                          )
                                              Date: n/a
                                              Time: n/a
                                              Place:
                                                  280 S. First Street
                                                  San Jose, CA 95113
                                              Judge: Hon. Stephen L. Johnson

_____)

   The Court, having read and considered Debtor 272 E SANTA CLARA GROCERY,
LLC,'s, Debtor and Debtor-in-possession herein ("Debtor"), this Ex Parte Application For
Order Shortening Time For Hearing Motion to Sell Real Property (272 E. Santa Clara St.)
Free and Clear of Liens and Pay Broker/Agent and Motion to Assume and Assign Lease ("Ex
Parte Application") and having found good cause, does hereby grant the Ex Parte

---

ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON **MOTION TO SELL REAL
PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT AND MOTION TO ASSUME AND
ASSIGN LEASE**

1  Application and therefore:

2  IT IS ORDERED that:

3  1. The Ex Parte Application is GRANTED.

4  2. Time for notice of the hearings on Debtor's Motion To Sell and Motion To Assume

5  and Assign Lease are shortening so that service made as required no later than ~~Thursday, October 17~~ October 18, 2013,

6  2013 via ECF as applicable and overnight mail is adjudged sufficient notice for the hearing on the

7  motions;

8  3. The hearings on Debtor's Motion To Sell and Motion To Assume

9  and Assign Lease are set for ~~Wednesday, October 23, 2013 at 2:00 p.m.~~ October 31, 2013 at 1:30 p.m.; and

10  4. Oppositions, if any, ~~may be presented at the hearings;~~ must be filed and served by October 28, 2013.

11  ***End of Order***

ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON **MOTION TO SELL REAL PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT AND MOTION TO ASSUME AND ASSIGN LEASE**

2

Court Service List

ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON **MOTION TO SELL REAL PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT AND MOTION TO ASSUME AND ASSIGN LEASE**

3