Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Secured Creditor Boston Private Bank
& Trust Company, formerly known as and successor
to Borel Private Bank & Trust Company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>Debtor. | CASE NO.  13-53491<br>RS No. SJK-1<br>CHAPTER 11<br><br>**NOTICE OF MOTION AND NOTICE OF HEARING RE BOSTON PRIVATE BANK & TRUST COMPANY'S MOTION FOR RELIEF FROM STAY**<br><br>Date:        November 19, 2013<br>Time:       10:00 a.m.<br>Place:       280 S. First Street<br>                San Jose, CA<br>                Courtroom 3099<br>Judge:      Hon. Stephen L. Johnson |

/ / /

/ / /

436\1049136.1

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

NOTICE OF MOTION AND NOTICE OF HEARING RE BOSTON PRIVATE BANK & TRUST COMPANY'S
MOTION FOR RELIEF FROM STAY,
CASE NO. 13-53491

Case: 13-53491    Doc# 79    Filed: 10/23/13    Entered: 10/23/13 10:15:09    Page 1 of 3

**TO THE COURT, THE DEBTOR AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on November 19, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, in his courtroom located at the United States Bankruptcy Court, 280 S. First St., Courtroom 3099, San Jose, California 95113, Boston Private Bank & Trust Company, ("BPB"), a secured creditor herein, will, and hereby does, move the court for an order granting BPB relief from the automatic stay. BPB moves the Court pursuant to 11 U.S.C. §362(d), subsections (1) and (3), for an order for relief from the automatic stay of section 362 to permit BPB to foreclose or otherwise enforce its rights and remedies under its deed of trust, assignment of rents and applicable law with respect to the real property at 272 E. Santa Clara Street, San Jose. BPB seeks relief with respect to Debtor In Possession 272 E. Santa Clara Grocery, LLC ("Debtor"). Grounds for relief exist under either subsection (d)(1) or subsection (d)(3), and relief should therefore be granted.

Consequently, BPB hereby requests that immediate relief from the automatic stay be granted pursuant to 11 U.S.C. §362(d)(1) and (2), so that it may exercise its rights and remedies under its loan documents and state law, including foreclosing on its security interest. BPB's Motion for Relief from the Automatic Stay is made pursuant to Rule 4001 of the Federal Rules of Bankruptcy Procedure and Local Rule 4001-1.

PLEASE TAKE FURTHER NOTICE that BPB shall also seek an order waiving the 10-day stay of any order granting the Motion provided under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Bankruptcy Rule 4001-1, the Debtor is advised to appear personally or by counsel at the preliminary hearing on the Motion.

BPB's request for relief from stay is based upon this notice of motion, the supporting memorandum of points and authorities filed concurrently herewith, the declaration David

///
///
///

436\1049136.1 - 2 -
NOTICE OF MOTION AND NOTICE OF HEARING RE BOSTON PRIVATE BANK & TRUST COMPANY'S MOTION FOR RELIEF FROM STAY
CASE NO. 13-53491

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

Case: 13-53491    Doc# 79    Filed: 10/23/13    Entered: 10/23/13 10:15:09    Page 2 of 3

Scheiber filed in support of this motion, the relief from stay cover sheet, and any and all papers and pleadings on file in this case including, without limitation the Debtor's Chapter 11 voluntary petition, its schedules and the proposed disclosure statement and plan filed in this case.

Dated: October 23, 2013

HOPKINS & CARLEY
A Law Corporation

By: //s// *Stephen J. Kottmeier*
Stephen J. Kottmeier
Attorneys for Secured Creditor Boston Private Bank & Trust Company, formerly known as and successor to Borel Private Bank & Trust Company

436\1049136.1 - 3 -
NOTICE OF MOTION AND NOTICE OF HEARING RE BOSTON PRIVATE BANK & TRUST COMPANY'S MOTION FOR RELIEF FROM STAY
CASE NO. 13-53491

Case: 13-53491 Doc# 79 Filed: 10/23/13 Entered: 10/23/13 10:15:09 Page 3 of 3