EDWINA E. DOWELL, # 149059
Assistant U.S. Trustee
JOHN S. WESOLOWSKI, # 127007
Office of the United States Trustee
U. S. Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
Telephone: (408) 535-5525
Fax: (408) 535-5532

Attorneys for August B. Landis
Acting United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In re:

272 E. SANTA CLARA GROCERY LLC,

Debtor.

Case No. 13-53491 SLJ

Chapter 11

Date: October 31, 2013
Time: 1:30 p.m.
Place: Courtroom 3099

## LIMITED OBJECTION BY ACTING UNITED STATES TRUSTEE TO DEBTOR'S MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS

August B. Landis, Acting United States Trustee for Region 17, (the "UST") hereby files this limited objection to the Debtor's Motion to Sell Real Property Free and Clear of Liens ("Motion"). The UST does not object to the proposed sale, *per se*. However, Debtor should address the following issues:

1. All net proceeds from the sale should be deposited in an interest-bearing, blocked DIP account.
2. UST quarterly fees should be paid through escrow based on escrow disbursements. Total fees due through the fourth quarter are estimated to be at least $11,050 (inclusive of fees based on escrow disbursements).

Limited Objection By UST To Debtor's
Motion To Sell Real Property Free and Clear of Liens

| | | |
|---|---|---|
| 1 | Date: October 23, 2013 | Respectfully submitted, |
| 2 | | |
| 3 | | By: _/s/ John S. Wesolowski_ |
| 4 | | John S. Wesolowski<br>Attorney for U. S. Trustee |