CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 13-53491
                                          )
272 E SANTA CLARA GROCERY, LLC,           ) CHAPTER 11
                                          )
            Debtor.                       ) **REQUEST FOR JUDICIAL NOTICE**
                                          ) **RE: OBJECTION TO PROOF OF**
                                          ) **CLAIM OF BOSTON PRIVATE BANK**
                                          ) **& TRUST COMPANY (Claim No. 2)**
                                          )
                                          )
                                          )
                                          )
                                          )
_____)

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; BOSTON PRIVATE BANK & TRUST COMPANY; and all other interested parties:

COMES NOW, Debtor 272 E. Santa Clara Grocery, LLC ("Debtor") and submits the following request for judicial notice pursuant to Federal Rules of Evidence, Rule 201 in support of its objection to Boston Private Bank & Trust Company's, a successor of interest to Borel Private Bank and Trust Company ("BPB"), Proof of Claim No. 2 filed October 22, 2013 ("BPB Claim") as follows ("Objection"):

//

**REQUEST FOR JUDICIAL NOTICE RE: OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY**
**(Claim No. 2)**

Case: 13-53491    Doc# 88-2    Filed: 10/29/13    Entered: 10/29/13 11:44:30    Page 1 of 2

## I. The Court Has Statutory Authority to Take Judicial Notice of Its Files and The Files of Other Courts.

Pursuant to Federal Rules of Evidence, Rule 201, the court has statutory authority to take judicial notice of its own files and the files of other courts.

Debtor's Objection contains references to numerous court files of this court, in particular by way of reference to the court's Docket Number System, and to pleadings from the Santa Clara County Superior Court.

Debtor requests and moves this court to take judicial notice of its own court file and the files of other courts, namely of Santa Clara County Superior Court, as such are referenced in the Objection.

## III. Conclusion.

For the foregoing reasons Debtor requests the court take judicial notice of its own files and the files of other courts.

Dated: October 29, 2013         CAMPEAU GOODSELL SMITH
                                /s/ William J. Healy
                                William J. Healy

**REQUEST FOR JUDICIAL NOTICE RE: OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY**
(Claim No. 2)