

1 CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
2 WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
3 San Jose, California   95112
Telephone:   (408) 295-9555
4 Facsimile:   (408) 295-6606

**The following constitutes**
**the order of the court. Signed October 30, 2013**

5 ATTORNEYS FOR Debtor

_Stephen Johnson_

**Stephen L. Johnson**
6
**U.S. Bankruptcy Judge**
7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 In re:                                    Case No.  13-53491

12 272 E SANTA CLARA GROCERY, LLC,           CHAPTER 11

13                    Debtor.               **ORDER GRANTING MOTION TO**
                                            **SELL REAL PROPERTY (272 E. Santa**
14                                          **Clara St.) FREE AND CLEAR OF LIENS**
                                            **AND PAY BROKER/AGENT**
15
                                            **Date:    October 29, 2013**
16                                          **Time:    1:30 p.m.**
                                            **Place:**
17                                              **280 S. First Street, Crt. Rm. 3099**
                                                **San Jose, CA 95113**
18                                          **Judge:  Hon. Stephen L. Johnson**

19

20

21         The Court, having read and considered the MOTION TO SELL REAL PROPERTY (272

22 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT ("Motion")

23 filed by Debtor 272 E SANTA CLARA GROCERY, LLC, Debtor and Debtor-in-possession

24 herein, ("Debtor") and having found good cause, does hereby grant the Motion and therefore:

25         IT IS ORDERED, ADJUDGED, and DECREED that:

26         (1) Notice of the motion was proper and adequate given the circumstances;

27         (2) Debtor is authorized to sell Debtor's real property commonly known as 272 E Santa

28 Clara Street, San Jose, California, Santa Clara County Assessor's Parcel Number 467-24-111

114\1050892.2

("Property") to Vittore A. Nino Barbieri and Anna Maria Barbieri, Trustees of The Barbieri Family Trust (or their assigns) ("Buyer") free and clear of liens of Santa Clara County Tax Assessor and Boston Private Bank & Trust Company (formerly known as Borel Private Bank & Trust Company) pursuant to Bankruptcy Code 363 (b), (c), and (f) (1-5), Bankruptcy Code 506, 506 (d), and Bankruptcy Rules 6004 and 3012 pursuant to the Purchase Agreement and Debtor is authorized to assume and assign a March 8, 2012 lease ("Lease") of Debtor's real property commonly known as 272 E Santa Clara Street, San Jose, California, Santa Clara County Assessor's Parcel Number 467-24-111 ("Property") to Vittore A. Nino Barbieri and Anna Maria Barbieri, Trustees of The Barbieri Family Trust (or their assigns) ("Buyer") free and clear of liens of Santa Clara County Tax Assessor and Boston Private Bank & Trust Company (formerly known as Borel Private Bank & Trust Company);

(3) Notwithstanding and as clarification of the foregoing, the sale of the Property is subject to the existing lease with tenant Grocery Outlet LLC, dated March 8, 2012 ("Lease"), which will be assumed and assigned pursuant to a separate motion and order filed concurrently herewith and as further clarification of the Purchase Agreement (which is the subject of the Motion) no financing will be used for Buyer's purchase of the Property and the Lease shall not be subordinate to any new financing, except as set forth in the provisions of the Lease;

(4) The court does not make a finding that the sale is the highest and best offer;

(5) Debtor is authorized to enter into and approve the Purchase Agreement and to undertake such other actions as may be reasonably necessary to complete the sale;

(6) Debtor is authorized to pay at escrow and from the sale proceeds: (i) the customary closing and associated costs of sale in Santa Clara County as provided by the Purchase Agreement; (ii) sales commissions pursuant to the October 17, 2013 Order Approving Ex Parte Application to Employ Broker/Agent (Doc#85) of four percent (4%) payable at two percent (2%) to Paul Melnyk and Sperry Van Ness | SV Advisors ("Broker/Agent") as seller's broker/agent and two percent (2%) to Kidder Mathews as Buyer's broker/agent; (iii) United States Trustee Quarterly Fees; (iv) the amounts owed to the secured liens of the Santa Clara Tax Assessor, estimated by Debtor at approximately $247,595.95; and (v) to Boston Private Bank & Trust

Case: 13-53491    Doc# 89    Filed: 10/30/13    Entered: 10/31/13 10:39:19    Page 2 of 5

Company ("BPB"), the sum of $3,341,017.20 which is asserted by the Debtor to be the undisputed amount of principal owed to BPB under its secured claim. The amount of said sum as the principal owed to it is disputed by BPB, and this payment is without prejudice to BPB's claims for additional sums it contends are owed to it for principal, interest or other obligations secured by its liens against the Property. The foregoing payments are to be made unless the holders of the liens, claims or interests identified have agreed to other treatment. The liens, claims or interests of said claimants (including the additional amounts which BPB contends it is owed) shall attach to the proceeds of the sale with the same force, effect, validity and priority that previously existed against the Property. Debtor is authorized to file or record or cause to be filed termination statements, instruments of satisfaction, releases of liens and any other documents necessary for the purpose of documenting the release of specified liens from the Property;

(7) The net sale proceeds remaining after payment of the sums set forth in paragraph 6 above are to be held in a blocked Debtor-in-Possession account ("DIP Account") subject to those deeds of trust and other liens of record (including the liens of BPB) asserted against the Property and subject to further order of this court to be entered prior to any distribution upon notice to interested parties;

(8) The provisions of Bankruptcy Rule 6004 (h) are waived; and

(9) Bankruptcy court jurisdiction to implement the sale, enforce the sale order, or resolve any disputes with or related to the sale, the sale proceeds and any entitlement thereto is reserved.

***End of Order***


**APPROVED AS TO FORM:**

UNITED STATES TRUSTEE
By: /s/ John S. Wesolowski
John S. Wesolowski
Attorneys for United States Trustee
Dated: October 29, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
By: /s/ Thor D. McLaughlin
Thor D. McLaughlin
Attorneys for Grocery Outlet, Inc.

114\1050892.2

- 3 -

ORDER GRANTING MOTION TO SELL REAL PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT

Dated: October 29, 2013

HOPKINS&CARLEYALC
By: /s/ Stephen J. Kottmeier
Stephen J. Kottmeier
Attorneys For Boston Private Bank & Trust Company
Dated: October 29, 2013

114\1050892.2

- 4 -

**ORDER GRANTING MOTION TO SELL REAL PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY**
**BROKER/AGENT**

Case: 13-53491    Doc# 89    Filed: 10/30/13    Entered: 10/31/13 10:39:19    Page 4 of 5

1          **Court Service List**

2 **All ECF Recipients**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

114\1050892.2

**ORDER GRANTING MOTION TO SELL REAL PROPERTY (272 E. Santa Clara St.) FREE AND CLEAR OF LIENS AND PAY BROKER/AGENT**