

1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California   95112
   Telephone:   (408) 295-9555
4  Facsimile:    (408) 295-6606

**The following constituteS
the order of the court. Signed October 30, 2013**

5  ATTORNEYS FOR Debtor

_Stephen Johnson_
**Stephen L. Johnson
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-53491 |
| 272 E SANTA CLARA GROCERY, LLC, | CHAPTER 11 |
| Debtor. | **ORDER GRANTING MOTION TO ASSUME AND ASSIGN LEASE (272 E. Santa Clara St.)** |
| | Date: October 29, 2013
Time: 1:30 p.m.
Place:
    280 S. First Street, Crt. Rm. 3099
    San Jose, CA 95113
Judge: Hon. Stephen L. Johnson |

The Court, having read and considered the MOTION TO ASSUME AND ASSIGN LEASE (272 E. Santa Clara St.) ("Motion") filed by Debtor 272 E SANTA CLARA GROCERY, LLC, Debtor and Debtor-in-possession herein, ("Debtor") and having found good cause, does hereby grant the Motion and therefore:

IT IS ORDERED, ADJUDGED, and DECREED that:

(1) notice of the motion was proper and adequate given the circumstances;

(2) Debtor is authorized to assume and assign a March 8, 2012 lease ("Lease") of Debtor's real property commonly known as 272 E Santa Clara Street, San Jose, California,

Santa Clara County Assessor's Parcel Number 467-24-111 ("Property") to Vittore A. Nino Barbieri and Anna Maria Barbieri, Trustees of The Barbieri Family Trust (or their assigns) ("Buyer") pursuant to Bankruptcy Code 365 and Bankruptcy Rule 6006; and

(3) bankruptcy court jurisdiction to implement, enforce, or resolve any disputes with or related to the order is reserved.

***End of Order***

**APPROVED AS TO FORM:**

UNITED STATES TRUSTEE
By: /s/ John S. Wesolowski
John S. Wesolowski
Attorneys for United States Trustee
Dated: October 29, 2013

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
By: /s/ Thor D. McLaughlin
Thor D. McLaughlin
Attorneys for Grocery Outlet, Inc.
Dated: October 29, 2013

HOPKINS&CARLEY, ALC
By: /s/ Stephen J. Kottmeier
Stephen J. Kottmeier
Attorneys For Boston Private Bank & Trust Company
**Dated: October 29, 2013**

**Court Service List**

**All ECF Recipients**