# Exhibit 1-D

436\684598.1

HOPKINS & CARLEY
EXHIBIT 1-D
EXPENSE SUMMARY

EXHIBIT 1-D

| Expense Category | Service Provider | Total Expenses Incurred | Total Expense Sought |
|---|---|---|---|
| Photocopy Expense ($0.20/copy) | Hopkins & Carley | $1,452.40 | $1,452.40 |
| Messenger | | $256.50 | $256.50 |
| Computerized Legal Research | | $8,331.05 | $8,331.05 |
| Computerized Business Research regarding other parties | First American Data Tree | $100.90 | $100.90 |
| Federal Express | | $185.59 | $185.59 |
| Filing Fees : Ex Parte Motion Fee | Santa Clara County Superior Court | $534.95 | $534.95 |
| Recording Fees: Ex Parte Application for Appointment of Receiver; Hearing Fee for Order to Appoint Receiver | Santa Clara County Superior Court | $90.00 | $90.00 |
| Document Service: Attempted Service of Kimball Small on behalf of Kimomex Santa Clara, LLC; Personal Service of Deposition Subpoena on Andrew Lewis | Legal Pursuit; County Process Service, Inc. | $266.40 | $266.40 |
| Deposition Transcript of Andrew Lewis | Bell & Myers | $1,293.70 | $1,293.70 |
| Deposition Video of Andrew Lewis | Bell & Myers | $1,434.00 | $1,434.00 |
| Mileage | | $17.66 | $17.66 |
| Word Processing | Hopkins & Carley | $1,006.25 | $1,006.25 |
| TOTAL | | $14,969.40 | $14,969.40 |