1

COUNTY OF SANTA CLARA TAX COLLECTOR

2 County Government Center, East Wing
70 West Hedding Street

3 San Jose, California 95110-1767
(408) 808-7900

4

5

6 # UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10

                                                **Case #   13-53491**

11 In re:                  )     **Chapter   11**
Santa Clara County     )

12 Tax Collectors Office     )

                            )   **WITHDRAWAL OF CLAIM**

13                            )    **CLAIM #5**

14                            )

Debtors           )

15 **272 E Santa Clara Grocery, LLC**

16 1.   On 11/19/2013, the County of Santa Clara Tax Collector filed its Proof

17      of Claim in the above noted bankruptcy case as a secured claim in the

18      amount of $48,281.96.

19 2.   The claim has since been paid in full.

20 3.   Based on the foregoing, the County of Santa Clara Tax Collector hereby

21      withdraws the Claim.

22 Dated: 12/09/2013         **COUNTY OF SANTA CLARA**
                            **TAX COLLECTOR**

23

                            By:

24

                            David Cueva

25                             Revenue Collections Officer
                            (408) 808-7929