CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

272 E SANTA CLARA GROCERY, LLC,

          Debtor.

Case No. 13-53491

CHAPTER 11

**DECLARATION OF WILLIAM J. HEALY RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

I, William J. Healy, do hereby declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and several districts and divisions of the United States District Court in the State of California, including this court. I am a member of the law firm of Campeau Goodsell Smith, attorney herein for Debtor 272 E SANTA CLARA GROCERY, LLC ("Debtor").

2. I submit this declaration of my own personal knowledge except as to those matters upon which I am informed and believe and as to those matters I am informed and believe them to be true. If called to testify as to the matters stated herein I could do so in an honest and competent manner.  At no time do I intend to waive the attorney client and work product privileges.

**DECLARATION OF WILLIAM J. HEALY RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

Case: 13-53491    Doc# 119-3    Filed: 12/13/13    Entered: 12/13/13 16:45:12    Page 1 of 2

3. This declaration is submitted as part of Debtor's AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2) ("Objection").

4. I prepared the Objection based on information and documents obtained from Debtor, from Debtor's testimony at the Meeting of Creditors, from Debtor's schedules, from Debtor's state court counsel (Rossi, Hamerlough, Resichl & Chuck), matters subject to judicial notice, information generally available to all interested parties, and information and pleadings attached to matters subject to judicial notice or generally available to all interested parties. To the best of my knowledge the information contained in therein is true and correct.

5. The Objection's references to the court's docket were pulled directly from the court's docket. Only true and correct copies of the referenced documents are attached to the related request for judicial notice.

6. I believe that substantial additional evidence in support of the Objection exists with BPB, with its predecessor Borel Bank & Trust Company ("Borel"), and third parties and includes, but is not limited to, confirmation of Debtor's assertions of facts, support of Debtor's assertions of facts, and contradiction of BPB's assertions of fact.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California, on December 13, 2013.

/s/ William J. Healy
William J. Healy

**DECLARATION OF WILLIAM J. HEALY RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

Case: 13-53491   Doc# 119-3   Filed: 12/13/13   Entered: 12/13/13 16:45:12   Page 2 of 2