# EXHIBIT A

**PLM LENDER SERVICES, INC.**
**46 N. SECOND STREET**
**CAMPBELL, CA 95008**
Tel 408 370-4030
Fax 408 370-5484

Date: 6/29/2011
Name: PLM Lender Services
T.S. No: 312-060479
Loan No: 335944-62
Trustor: KIMOMEX SANTA CLARA, LLC
Property Address: 278 EAST SANTA CLARA STREET
SAN JOSE, CA 95113

Principal Balance: $3,487,501.16
Current Interest Rate: 8.50

The amount to reinstate the above referenced loan good through 7/15/2011 is as follows:

**PAYMENTS**

| Delinquent From | Delinquent To | Payments | Amount | | Total |
|---|---|---|---|---|---|
| 06/15/2010 | 07/15/2011 | 14 | $24,307.45 | | $340,304.30 |
| | | | | TOTAL | $340,304.30 |

**ADVANCES AND EXPENSES**
| | |
|---|---|
| DELINQUENT LATE CHARGES: | $15,799.81 |
| ACCRUED LATE CHARGES | $7,292.22 |
| ATTORNEY FEES AND COSTS | $7,500.00 |

**TRUSTEE'S FEES AND COSTS**
| | |
|---|---|
| TRUSTEE FEE | $10,578.75 |
| DEMAND FEE | $30.00 |
| TRUSTEE SALE GUARANTEE | $2,771.00 |
| NOTICE OF TRUSTEE'S SALE | $18.00 |
| NOTICE OF TRUSTEE'S SALE | $18.00 |
| RESCISSION OF NOD | $18.00 |
| RECORD NOTICE OF DEFAULT | $21.00 |
| POSTING NOTICE OF TRUSTEE'S SALE | $125.00 |
| PUBLICATION FEES | $385.00 |
| NOTICE OF SALE MAILING | $390.00 |
| NOTICE OF SALE MAILING | $396.50 |
| ONE MONTH MAILING | $201.50 |
| 5 DAY MAILINGS | $45.15 |
| TEN DAY MAILING | $135.45 |
| RECORDING FEE FOR SUBSTITUTION | $21.00 |
| OVERNIGHT NOTS | $15.00 |
| OVERNIGHT MAILING | $15.00 |

| | |
|---|---|
| **TOTAL DUE TO BENEFICIARY:** | $370,896.33 |
| **TRUSTEE'S FEES AND COSTS:** | $15,184.35 |
| **TOTAL AMOUNT TO REINSTATE:** | $386,080.68 |

This is an attempt to collect a debt and any information obtained will be used for that purpose. This notice is required by the Fair Debt Collections Practices Act and does not imply that we are attempting to collect money from anyone who has discharged by the debt under the Bankruptcy laws of the United States.

If funds are not submitted by 7/15/2011, you must contact our office to request updated figures.

Payment will only be accepted in the form of a cashier's check or money order made payable to PLM LENDER SERVICES, INC.

IF THIS LOAN REINSTATEMENT IS BEING TENDERED BY A PARTY OTHER THAN OUR ORIGINAL TRUSTOR, THIS ACCEPTANCE OF FUNDS DOES NOT CONSTITUTE ACCEPTANCE OF A TRANSFER OF THE PROPERTY BY DEED OR ANY OTHER "TRANSFER OF INTEREST" UNDER THE LOAN

Additional Instructions: AS A REQUIREMENT OF REINSTATEMENT YOU MUST PROVIDE PROOF THAT PAST DUE AND DELINQUENT PROPERTY TAXES HAVE BEEN PAID CURRENT.

Yours Truly,

JOHN LOWRIE, FORECLOSURE TECHNICIAN

# EXHIBIT B

# FAX COVER SHEET

| TO | |
|---|---|
| COMPANY | |
| FAX NUMBER | 16509491334 |
| FROM | Rita Tugade |
| DATE | 2013-02-04 19:53:29 EST |
| RE | Kimomex Payment History |

## COVER MESSAGE

RITA E. TUGADE
Credit Analyst
Assistant Vice President
Special Assets Group
BOSTON PRIVATE BANK & TRUST COMPANY
160 Bovet Road | San Mateo, CA 94402
Tel: 650-378-2043 | eFax: 650-887-1648 |
e: rtugade@bostonprivatebank.com<mailto:rtugade@bostonprivatebank.com>

The information contained in this electronic message may be privileged and confidential information intended only for the use of the individuals or entity named above. If you have received this communication in error, please notify us immediately and delete any and all copies of the electronic message. Thank you.

This e-mail transmission may contain information that is proprietary, privileged and/or confidential
and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention
or disclosure by any person other than the intended recipient or the intended recipient designees is
strictly prohibited. If you have received this message in error, please notify the sender immediately
by return e-mail and delete all copies. E-mails (including attachments) may be retained, monitored,
and/or reviewed by the Company without further notice. E-mail may be produced at the request of
regulators. The Company accepts no liability for any errors or omissions arising as a result of
transmission.

# BOSTON PRIVATE BANK
# & TRUST COMPANY

160 Bovet Road, San Mateo, CA 94402
Special Assets Group
Telephone (650) 378-2043 / eFax (650) 887-1648
Email: rtugade@bostonprivatebank.com

## FACSIMILE TRANSMITTAL SHEET

| TO: | Tom Rancatori | FROM: | Rita E. Tugade |
|---|---|---|---|
| COMPANY: | Investment Grade Loans, Inc. | DATE: | 2/4/2013 |
| PHONE #: | (650) 949-4790 | | |
| FAX #: | (650) 949-1334 | # OF PAGES: | 2 |
| RE: | Kimomex Santa Clara | (including cover page) | |

*COMMENTS:*

Attached is the payment history you requested on the above borrower. Please note that the 1/13/2012 payments are not duplicate but represent the 12/2011 and 1/2012 payments.

Confidentiality Note:
The information contained in this facsimile transmission is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (650) 378-3700 and return the original message to us via U.S. Postal Service to: 160 Bovet Road, P.O. Box 5492, San Mateo, CA 94402. Thank you.



CBS11_2 -- Windows Internet Explorer provided by Borel Private Bank & Trust

fiserv.

NoteInquiry - Basic Note Data

Note Number: 33594462

History Output
12/27/2011-12/31/2012

01-Basic note data 02-Codes 03-Payment schedules 04-Billed unpaid payments 05-Accrual data 06-Miscellaneous data 07-Memoranda 08-Rebatable deductions 09-Collateral detail 10-History 11-Guarantors/Endorsers 12-History transactions 13-Escrow summary 14-Escrow detail 15-Credit information 16-FASB 9117-Packaging/Participation

Borrower: Kimomex Santa Clara LLC
50 West San Ferando St #320
San Jose, CA 95113

| POST DATE | EFF DATE | TRANSACTION | AMOUNT | INTEREST | PRINCIPAL | BALANCE |
|---|---|---|---|---|---|---|
| 12/27/2011 | | Late Fee/Assess | 121.57 | | | |
| 12/31/2011 | | | | | | 3,460,916.67 |
| 1/13/2012 | 1/13/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 2/1/2012 | 2/1/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 2/21/2012 | 2/21/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 3/14/2012 | 3/14/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 4/12/2012 | 4/12/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 5/11/2012 | 5/11/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 6/12/2012 | 6/12/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 7/11/2012 | 7/11/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 8/13/2012 | 8/13/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 9/13/2012 | 9/13/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 10/11/2012 | 10/11/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 11/13/2012 | 11/13/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |
| 12/11/2012 | 12/11/2012 | Regular Payment | 24,307.45 | 24,307.45 | | 3,460,916.67 |

Interest Rate: 8.50%　　　Per Diem: 262.33

Options
- Print History
- Participation Inquiry
- Dealer Inquiry
- Inquiry Window
- Restart
- Ticket Inquiry
- Payoff Inquiry

Favorites
Information
Help
Logoff

# EXHIBIT C

**Subject:** Amotization schedule

**From:** Brown, Bruce (BBrown@bostonprivatebank.com)

**To:** igli@sbcglobal.net;

**Date:** Monday, February 25, 2013 5:21 PM

Andy and Tom, please find attached an adjusted amortization schedule.

From: canoncopier@borel.com [mailto:canoncopier@borel.com]
Sent: Monday, February 25, 2013 11:12 AM
To: Brown, Bruce
Subject: Attached Image

This e-mail transmission may contain information that is proprietary, privileged and/or confidential and is intended exclusively for the person(s) to whom it is addressed. Any use, copying, retention or disclosure by any person other than the intended recipient or the intended recipient designees is strictly prohibited. If you have received this message in error, please notify the sender immediately by return e-mail and delete all copies. E-mails (including attachments) may be retained, monitored, and/or reviewed by the Company without further notice. E-mail may be produced at the request of regulators. The Company accepts no liability for any errors or omissions arising as a result of transmission.

# KIMOMEX SANTA CLARA
## AMORTIZATION
## LOAN #33594462

| Payment # | From | To | # of days 30/360 | Interest Rate | Monthly Payment | Principal Portion | Interest 30/360 | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $3,460,916.67 |
| 1 | 7/19/2011 | 8/15/2011 | 26 | 6.5% | $24,307.45 | $8,060.37 | $16,247.08 | $3,452,856.30 |
| 2 | 8/15/2011 | 9/15/2011 | 30 | 6.5% | $24,307.45 | $5,604.48 | $18,702.97 | $3,447,251.82 |
| 3 | 9/15/2011 | 10/15/2011 | 30 | 6.5% | $24,307.45 | $5,634.84 | $18,672.61 | $3,441,616.99 |
| 4 | 10/15/2011 | 11/15/2011 | 30 | 6.5% | $24,307.45 | $5,665.36 | $18,642.09 | $3,435,951.63 |
| 5 | 11/15/2011 | 12/15/2011 | 30 | 6.5% | $24,307.45 | $5,696.05 | $18,611.40 | $3,430,255.58 |
| 6 | 12/15/2011 | 1/15/2012 | 30 | 6.5% | $24,307.45 | $5,726.90 | $18,580.55 | $3,424,528.68 |
| 7 | 1/15/2012 | 2/15/2012 | 30 | 6.5% | $24,307.45 | $5,757.92 | $18,549.53 | $3,418,770.76 |
| 8 | 2/15/2012 | 3/15/2012 | 30 | 6.5% | $24,307.45 | $5,789.11 | $18,518.34 | $3,412,981.66 |
| 9 | 3/15/2012 | 4/15/2012 | 30 | 6.5% | $24,307.45 | $5,820.47 | $18,486.98 | $3,407,161.19 |
| 10 | 4/15/2012 | 5/15/2012 | 30 | 6.5% | $24,307.45 | $5,851.99 | $18,455.46 | $3,401,309.20 |
| 11 | 5/15/2012 | 6/15/2012 | 30 | 6.5% | $24,307.45 | $5,883.69 | $18,423.76 | $3,395,425.51 |
| 12 | 6/15/2012 | 7/15/2012 | 30 | 6.5% | $24,307.45 | $5,915.56 | $18,391.89 | $3,389,509.94 |
| 13 | 7/15/2012 | 8/15/2012 | 30 | 6.5% | $24,307.45 | $5,947.60 | $18,359.85 | $3,383,562.34 |
| 14 | 8/15/2012 | 9/15/2012 | 30 | 6.5% | $24,307.45 | $5,979.82 | $18,327.63 | $3,377,582.52 |
| 15 | 9/15/2012 | 10/15/2012 | 30 | 6.5% | $24,307.45 | $6,012.21 | $18,295.24 | $3,371,570.31 |
| 16 | 10/15/2012 | 11/15/2012 | 30 | 6.5% | $24,307.45 | $6,044.78 | $18,262.67 | $3,365,525.53 |
| 17 | 11/15/2012 | 12/15/2012 | 30 | 6.5% | $24,307.45 | $6,077.52 | $18,229.93 | $3,359,448.01 |
| 18 | 12/15/2012 | 1/15/2013 | 30 | 6.5% | $24,307.45 | $6,110.44 | $18,197.01 | $3,353,337.57 |
| 19 | 1/15/2013 | 2/15/2013 | 30 | 6.5% | $24,307.45 | $6,143.54 | $18,163.91 | $3,347,194.03 |