```
 1  CAMPEAU GOODSELL SMITH, L.C.
    SCOTT L. GOODSELL, #122223
 2  WILLIAM J. HEALY, #146158
    440 N. 1st Street, Suite 100
 3  San Jose, California   95112
    Telephone:  (408) 295-9555
 4  Facsimile:   (408) 295-6606

 5  ATTORNEYS FOR Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-53491 |
| 272 E SANTA CLARA GROCERY, LLC, | CHAPTER 11 |
| Debtor. | **EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)** |

COMES NOW, Debtor 272 E SANTA CLARA GROCERY, LLC ("Debtor") and submits the following objections to the RANDY L. ZUCKERMAN (Docket#106-8) as follows:

**I.  Declaration of Randy L. Zuckerman.**

| **Portion of Declaration Objected to** | **Objection** |
|---|---|
| Paragraph 1, page 2, lines 8-12 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045, and hearsay, FRE 801, 802. |
| Paragraph 2, lines 14-16 | Improper factual conclusions and opinion testimony, FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and irrelevant, FRE 401-403. |

**EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

Case: 13-53491    Doc# 119-6    Filed: 12/13/13    Entered: 12/13/13 16:45:12    Page 1 of 5

| | |
|---|---|
| Paragraph 4, page 2, line 17-page 3, line 2 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony, FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); irrelevant FRE 401-403; and hearsay, FRE 801, 802. |
| Paragraph 5, lines 4-5 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| Paragraph 6, lines 6-22 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| Paragraph 7, page 3, line 23 -page 4, line 2 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| Paragraph 8, lines 3-12 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| Paragraph 9, lines 13-18 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |

**EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**
2

Case: 13-53491    Doc# 119-6    Filed: 12/13/13    Entered: 12/13/13 16:45:12    Page 2 of 5

| | | |
|---|---|---|
| | Paragraph 10, page 4, line 19-page 5, line 4 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| | Paragraph 11, lines 6-12 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| | Paragraph 12, lines 14-22 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); and hearsay, FRE 801, 802. |
| | Paragraph 14, lines 1-5 | improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); hearsay, FRE 801, 802, and irrelevant FRE 401-403. |
| | Paragraph 15, lines 10-11 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967); irrelevant FRE 401-403; and hearsay, FRE 801, 802. |
| | Paragraph 16, lines 12-17 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |

**EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

3

Case: 13-53491   Doc# 119-6   Filed: 12/13/13   Entered: 12/13/13 16:45:12   Page 3 of 5

| | |
|---|---|
| Paragraph 17, lines 18-24 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Paragraph 18, page 6, line 25-page 7, line 7 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Paragraph 19, lines 8-25 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Paragraph 20, page 7, line 26-page 8, line 2 | Knowingly false (18 U.S.C. 1623). Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Paragraph 20, page 8, lines 3-6 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Paragraph 21, lines 8-10 | Lack of personal knowledge, speculation, and lack of foundation, FRE 602 and Taylor v. List (9th Cir. 1989) 880 F.2d 1040, 1045; improper factual conclusions and opinion testimony. FRE 701; see Turner v. Lundquist, 377 F.2d 44, 48 (9th Cir. 1967); DePinto v. Provident Security Life Ins. Co., 374 F.2d 50, 55 (9th Cir. 1967). |
| Entire Declaration | Invalid declaration pursuant to FRE 603 and 28 U.S.C. 1746. |

**EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**
4

Case: 13-53491   Doc# 119-6   Filed: 12/13/13   Entered: 12/13/13 16:45:12   Page 4 of 5

Dated: December 13, 2013        Campeau Goodsell Smith
                                /s/ William J. Healy
                                William J. Healy

**EVIDENTIARY OBJECTIONS TO DECLARATION OF RANDY L. ZUCKERMAN RE: AMENDED OBJECTION TO PROOF OF CLAIM OF BOSTON PRIVATE BANK & TRUST COMPANY (Claim No. 2)**

Case: 13-53491    Doc# 119-6    Filed: 12/13/13    Entered: 12/13/13 16:45:12    Page 5 of 5