1  CAMPEAU GOODSELL SMITH, L.C.
   SCOTT L. GOODSELL, #122223
2  WILLIAM J. HEALY, #146158
   440 N. 1st Street, Suite 100
3  San Jose, California  95112
   Telephone:  (408) 295-9555
4  Facsimile:  (408) 295-6606

5  ATTORNEYS FOR Debtor

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  In re:                          )   Case No. 13-53491
                                    )
12  272 E SANTA CLARA GROCERY, LLC, )   CHAPTER 11
                                    )
13                      Debtor.     )   **CORRECTED NOTICE OF HEARING**
                                    )   **ON AMENDED OBJECTION TO**
14                                  )   **CLAIM**
                                    )
15                                  )   **Corrected Hearing Date: January 22, 2014**
                                    )   **Corrected Hearing Time: 2:00 p.m.**
16                                  )   Place:
                                    )     280 S. First Street
17                                  )     San Jose, CA 95113
                                    )   Judge: Hon. Stephen L. Johnson
18
                                        Former Hearing Date: January 14, 2014
19                                      Former Hearing Time: 10:00 a.m.

20  _____ )

21  TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY

22  COURT JUDGE; BOSTON PRIVATE BANK & TRUST COMPANY; and all other

23  interested parties:

24        NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Bankruptcy Procedure

25  ("FRBP") Rules 3007 and 9014 and Bankruptcy Local Rules for the United States District

26  Court for the Northern District of California ("B.L.R.") Rules 3007-1 (b) and 9014 Debtor

27  272 E SANTA CLARA GROCERY, LLC's ("Debtor") amended objection to Boston Private

28  Bank & Trust Company's ("BPB") (Claim No. 2) Proof of Claim will be heard on January

Case: 13-53491   Doc# 121   Filed: 12/16/13   Entered: 12/16/13 10:54:00   Page 1 of 2

1  22, 2014 at 2:00 p.m. (not January 14, 2014 at 10:00 a.m.), before the Honorable Stephen L.

2  Johnson, United States Bankruptcy Judge, at the United States Bankruptcy Court located at

3  280 S. First Street, Crt. Rm. 3099, San Jose, CA 95113. Pursuant to B.L.R. 3007-1 (b) as

4  there appears to be a factual dispute the initial hearing on the objection shall be deemed a

5  status conference at which the Court will not receive evidence.

6  Dated: December 16, 2013                    Campeau Goodsell Smith
                                                /s/ William J. Healy
7                                               William J. Healy

Case: 13-53491    Doc# 121    Filed: 12/16/13    Entered: 12/16/13 10:54:00    Page 2 of
2