1   Stephen J. Kottmeier (State Bar No. 077060)
    sjk@hopkinscarley.com
2   Jay M. Ross (State Bar No. 151759)
    jross@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 S First Street
5   San Jose, CA  95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:     (408) 286-9800
8   Facsimile:     (408) 998-4790

9   Attorneys for Plan Proponent BOSTON
    PRIVATE BANK & TRUST COMPANY,
10  formerly known as and successor to Borel
    Private Bank & Trust Company

11

12              UNITED STATES BANKRUPTCY COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    SAN JOSE DIVISION

15  In re:                              CASE NO.  13-53491

16  272 E. Santa Clara Grocery, LLC,    CHAPTER 11

17              Debtor.                 **NOTICE OF HEARING ON SECURED
                                        CREDITOR BOSTON PRIVATE BANK &
18                                      TRUST COMPANY'S MOTION FOR
                                        TEMPORARY ALLOWANCE OF CLAIM
19                                      FOR VOTING PURPOSES PURSUANT TO
                                        BANKRUPTCY RULE 3018**
20

21                                      Hearing:
                                        Date:        February 12, 2014
22                                      Time:        2:00 p.m.
                                        Courtroom:   3099
23                                      Judge:       Hon. Stephen L. Johnson

24

25

26

27

28

728\1073115.1

NOTICE OF HEARING ON SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S MOTION FOR TEMPORARY
ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018; CASE NO. 13-53491

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND THOSE PARTIES THAT HAVE REQUESTED SPECIAL NOTICE:

**PLEASE TAKE NOTICE that on February 12, 2014, at 2:00 p.m.**, or as soon thereafter as the matter can be heard, in the courtroom of the Honorable Stephen L. Johnson, Judge, United States Bankruptcy Court, 280 South First Street, Courtroom 3099, San Jose, CA 95113, secured creditor BOSTON PRIVATE BANK & TRUST COMPANY ("BPB"), formerly known as and successor to Borel Private Bank & Trust Company, will and hereby does move this Court for an order temporarily allowing its claim in the amount of $141,158.16 *solely* to permit BPB to vote in favor or against the plan of reorganization proposed by BPB or any competing plan proposed by debtor 272 E. Santa Clara Grocery, LLC or any other party in interest (the "Motion"). The Motion is brought under Rule 3018 of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be in writing and shall be filed and served not later than 14 days prior to the actual scheduled hearing date of the Motion. Any reply shall be filed and served at least seven days prior to the actual scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that the Motion is supported by this Notice of Motion, the Memorandum of Points and Authorities in Support of the Motion and the Declaration of Randy Zuckerman filed concurrently herewith, all other pleadings on file in this case and other pleadings and admissible evidence introduced at or prior to the hearing on the Motion.

Dated: January 10, 2014
HOPKINS & CARLEY
A Law Corporation

By: /s/ Stephen J. Kottmeier
Stephen J. Kottmeier
Jay M. Ross
Attorneys for Secured Creditor
BOSTON PRIVATE BANK & TRUST
COMPANY

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ● PALO ALTO
BURBANK

728\1073115.1

- 2 -

NOTICE OF HEARING ON SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S MOTION FOR TEMPORARY ALLOWANCE OF CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018; CASE NO. 13-53491

Case: 13-53491    Doc# 159    Filed: 01/10/14    Entered: 01/10/14 12:53:57    Page 2 of 2