United States Trustee to the extent, and in the amounts, required by 28 U.S.C. § 1930(a)(6). So long as Debtor is required to make these payments, Debtor shall file with the court quarterly reports in the form specified by the United States Trustee for that purpose.

(I) <u>Deadline for § 1111(b) Election</u>. Creditors with an allowed secured claim can make a timely election under section 1111(b) no later than 14 days before the first date set for the hearing on confirmation of the Plan.

(j) <u>Miscellaneous</u>. Debtor's manager will be responsible for pursuing claim objections and/or litigation, acting as the disbursing agent, and doing so without compensation

Dated: January 17, 2014

_____
Debtor
By: Andrew A. Lewis, Responsible
Individual and Manager

Campeau Goodsell Smith, L.C.
/s/ William J. Healy
William J. Healy
Attorneys for Debtor