CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>272 E SANTA CLARA GROCERY, LLC,<br><br>Debtor. | Case No. 13-53491<br><br>CHAPTER 11<br><br>**DEBTOR'S UPDATED STATEMENT REGARDING DEBTOR'S COMBINED PLAN AND DISCLOSURE STATEMENT (January 17, 2014)**<br><br>**Date: February 6, 2014**<br>**Time: 1:30 p.m.**<br>**Place:**<br>  280 S. First Street, Crt. Room 3099<br>  San Jose, CA 95113<br>**Judge: Hon. Stephen L. Johnson** |

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; BOSTON PRIVATE BANK & TRUST COMPANY; and all other interested parties:

COMES NOW, Debtor 272 E. Santa Clara Grocery, LLC ("Debtor") and submits this Updated Statement Regarding Debtor's Combined Plan and Disclosure Statement (January 17, 2014) (Disclosure Statement).

**I.  Debtor Proposes Simple Amendments To Its Disclosure Statement To Address Matters Raised By The US Trustee.**

The US Trustee raised, informally, some amendments to the Disclosure Statement. Debtor, as deemed appropriate by the court, is willing to make the following simple amendments to its Disclosure Statement to address matters raised informally by the US Trustee:

Page 8-Part 5 (a) – replace current language with "Debtor shall not receive a discharge of debts and the effect of confirmation is government by Bankruptcy Code 1141."

Page 9-10-Part 6 (f) replace current language with "If the case is at any time converted to one under Chapter 7, the Chapter 7 estate shall consist of all property not administered pursuant to the plan. Such property shall be administered by the Chapter 7 Trustee as prescribed in Chapter 7 of the Bankruptcy Code."

Page 10-Part 6 (g) – strike duplicate language at end of paragraph "Chevron and prior owners, occupants of real property"

Page 12-Part 7 (j) – add period at end of sentence

## II. Conclusion.

For the foregoing reasons the court should sustain Debtor's objection to the various Disclosure Statements and Plans filed by BPB and approve Debtor's Combined Disclosure Statement and Plan filed January 17, 2014.

**Dated: February 5, 2014**  **CAMPEAU GOODSELL SMITH**
/s/ William J. Healy
William J. Healy