Entered on Docket
April 09, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR Debtor

The following constitutes
the order of the court. Signed April 9, 2014

*Stephen Johnson* (signature)
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-53491 |
| 272 E SANTA CLARA GROCERY, LLC, | CHAPTER 11 |
| Debtor. | **ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN** |

A Combined Plan and Disclosure Statement (March 14, 2014) under Chapter 11 of the Bankruptcy Code having been filed by Debtor 272 E. Santa Clara Grocery, LLC ("Debtor") on April 4, 2014 ("Debtor's Plan")(Docket#164); and

It having been determined after hearing on notice that the Debtor's Plan contains adequate information:

IT IS ORDERED that:

A. The Debtor's Plan is approved.

B. June 11, 2014 is fixed as the last day for filing written acceptances or rejections of the Debtor's Plan.

C. On or before May 13, 2014, Debtor's Plan and a ballot conforming to Official Form

14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017 (d).

    D. If acceptances are filed for more than one plan, preferences among the plans so accepted may be indicated.

    E. June 18, 2014 is fixed for the hearing on the confirmation of the plan.

    F. June 11, 2014 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020 (b)(1) written objections to confirmation of the plan.

***End of Order***

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN**
2

Case: 13-53491    Doc# 165    Filed: 04/09/14    Entered: 04/09/14 15:21:47    Page 2 of 2