Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plan Proponent BOSTON PRIVATE BANK & TRUST COMPANY, formerly known as and successor to Borel Private Bank & Trust Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>Debtor. | CASE NO.  13-53491<br><br>CHAPTER 11<br><br>Date:       June 18, 2014<br>Time:      1:30 p.m.<br>Judge:     Hon. Stephen L. Johnson<br>Courtroom: 3099 |

**CREDITOR BOSTON PRIVATE BANK'S VERIFIED BALLOT TABULATION REGARDING CONFIRMATION OF ITS CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014)**

Boston Private Bank submits the following tabulation of the ballots received from the creditors voting to accept or to reject Boston Private Bank's Chapter 11 Plan of Reorganization and Disclosure Statement dated December 5, 2013 (As Amended March 20, 2014) (the "BPB Plan").  As is indicated below, 100% of all impaired voting creditors have voted to accept the BPB Plan.  Including unimpaired claims, 8.3% of all other creditors have voted to accept the BPB

436\1125227.2

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

CREDITOR BOSTON PRIVATE BANK'S VERIFIED BALLOT TABULATION REGARDING CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STMT. DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014) CASE NO. 13-53491

Case: 13-53491    Doc# 210    Filed: 06/13/14    Entered: 06/13/14 15:24:15    Page 1 of 4

Plan.

**Class 1:** <u>Secured Tax Claims.</u> Santa Clara County Tax Collector has been paid in full and is unimpaired and deemed to have accepted the BPB Plan.

**Class 2:** <u>BPB's Secured Claim.</u> This impaired class, consisting of BPB's secured claim, has unanimously voted to *accept* the BPB Plan.

    No. of Ballots Accepting:   1 (100%)

    Dollar Amount Accepting:   $141,158.16

**Class 3:** <u>General Unsecured Claims:</u> Class 3 is <u>not impaired</u>[1]; therefore, claims in this class are not entitled to vote on the BPB Plan and are deemed to have accepted the BPB Plan, however several ballots for this class were received by BPB and are included in the attached summary.

**Class 4:** <u>Debtor's Equity Holders.</u> Class 4 is <u>not impaired</u>; therefore, claims in this class are not entitled to vote on the BPB Plan and are deemed to have accepted the BPB Plan, however several ballots for this class were received by BPB and are also included in the attached summary.

A summary of the ballots received is attached hereto as Exhibit A; a copy of the ballot which was served is attached as Exhibit B; and copies of each completed ballot received are attached collectively as Exhibit C.

Dated: June 13, 2014

HOPKINS & CARLEY
A Law Corporation

By: /s/ Stephen J. Kottmeier
    Stephen J. Kottmeier
    Jay M. Ross
    Attorneys for Secured Creditor
    BOSTON PRIVATE BANK & TRUST COMPANY

---

[1] This class is unimpaired because the claims are to be paid in full with interest and none of their contract rights are altered.

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

436\1125227.2 - 2 -
CREDITOR BOSTON PRIVATE BANK'S VERIFIED BALLOT TABULATION REGARDING CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STMT. DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014) CASE NO. 13-53491

Case: 13-53491  Doc# 210  Filed: 06/13/14  Entered: 06/13/14 15:24:15  Page 2 of 4

<u>Verification Regarding Voting Process</u>

I, Stephen J. Kottmeier, declare:

1. I am an attorney duly authorized to practice law before this Court, and am one of the attorneys for Creditor, Boston Private Bank, herein. I have personal knowledge of the facts stated herein and can competently testify thereto.

2. Pursuant to the Court's Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization (Dated December 5, 2013, as amended March 20, 2014); [Dkt. 166], combined with Notice thereof, BPB; by this office, served the Order Approving Disclosure Statement and Fixing Time for Filing Acceptances or Rejections of Amended Plan of Reorganization (Dated December 5, 2013, as amended March 20, 2014) and a Ballot, on all creditors, parties in interest, equity security holders, and other persons listed on the Proof of Service of such documents. A Proof of Service has been filed. [Dkt. 192],

3. A summary of the ballots submitted accepting the Plan is attached as **Exhibit A**; a true and correct copy of the Ballot that was served with the Order and Plan/Disclosure Statement is attached as **Exhibit B**; and true and correct copies of each completed ballot received by this office are attached collectively as **Exhibit C**.

4. I personally reviewed each ballot received with respect to the voting on the Plan. The tabulation above is a true and correct compilation of the ballots received. Likewise, the spreadsheet attached as Exhibit A accurately summarizes the ballots received.

5. No votes other than those listed on Exhibit A and attached collectively as Exhibit C were received. All ballots were received on or before June 11, 2014.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Jose, California on this 13th day of June, 2014.

/s/ Stephen J. Kottmeier
Stephen J. Kottmeier

436\1125227.2 - 3 -
CREDITOR BOSTON PRIVATE BANK'S VERIFIED BALLOT TABULATION REGARDING CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STMT. DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014) CASE NO. 13-53491

Case: 13-53491    Doc# 210    Filed: 06/13/14    Entered: 06/13/14 15:24:15    Page 3 of 4

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

# EXHIBIT A

SUMMARY OF BALLOTS

| Class Voting | Total No. of Ballots Received | Total No. of Ballots Voting to Accept | Accepting Percentage (No. of Ballots) | Total Amount of Claims Voted | Amount of Claims Voting to Accept | Accepting Percentage (Amount of Claims) |
|---|---|---|---|---|---|---|
| **Class 1** | 0 | 0 | n/a | n/a | n/a | n/a |
| **Class 2** | 1 | 1 | 100% | $141,158.16[2] | $141,158.16 | 100% |
| **Class 3** | 3[3] | 0 | 0% | $745,155.21[4] | 0 | n/a |
| **Class 4** | 8[5] | 0 | 0% | Equity | Equity | n/a |
| **Total** | 12 | 1 | 8.3% | $886,313.37 | $141,158.16 | 15.9% |

---

[2] On January 10, 2014, BPB filed a Motion for Temporary Allowance of Claim for Voting purposes in the amount of $141,158.16 [Dkt. 138, p. 4] and an Order granting that Motion was entered on February 18, 2014 [Dkt. 155]

[3] The ballot received from Ogden Perry, a Class 3 claimant, indicates that it is a Class 2 claimant which appears to be a mistake. The ballot is included with the Class 3 claims.

[4] As set forth in the Ballots and Debtor's Amended Schedule F, filed August 19, 2013. (Dkt. No. 57.)

[5] The Debtor also signed a ballot, but it is not included in this tabulation. A copy is included in Exhibit 3, hereto.

436\1125227.2 - 4 -
CREDITOR BOSTON PRIVATE BANK'S VERIFIED BALLOT TABULATION REGARDING CONFIRMATION OF CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STMT. DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014) CASE NO. 13-53491

Case: 13-53491 Doc# 210 Filed: 06/13/14 Entered: 06/13/14 15:24:15 Page 4 of 4