# Exhibit A

436\684598.1

# EXHIBIT A

SUMMARY OF BALLOTS

| Class Voting | Total No. of Ballots Received | Total No. of Ballots Voting to Accept | Accepting Percentage (No. of Ballots) | Total Amount of Claims Voted | Amount of Claims Voting to Accept | Accepting Percentage (Amount of Claims) |
|---|---|---|---|---|---|---|
| **Class 1** | 0 | 0 | n/a | n/a | n/a | n/a |
| **Class 2** | 1 | 1 | 100% | $141,158.16[2] | $141,158.16 | 100% |
| **Class 3** | 3[3] | 0 | 0% | $745,155.21[4] | 0 | n/a |
| **Class 4** | 8[5] | 0 | 0% | Equity | Equity | n/a |
| **Total** | 12 | 1 | 8.3% | $886,313.37 | $141,158.16 | 15.9% |

[2] On January 10, 2014, BPB filed a Motion for Temporary Allowance of Claim for Voting purposes in the amount of $141,158.16 [Dkt. 138, p. 4] and an Order granting that Motion was entered on February 18, 2014 [Dkt. 155]

[3] The ballot received from Ogden Perry, a Class 3 claimant, indicates that it is a Class 2 claimant which appears to be a mistake. The ballot is included with the Class 3 claims.

[4] As set forth in the Ballots and Debtor's Amended Schedule F, filed August 19, 2013. (Dkt. No. 57.)

[5] The Debtor also signed a ballot, but it is not included in this tabulation. A copy is included in Exhibit 3, hereto.

# Exhibit B

1  Stephen J. Kottmeier (State Bar No. 077060)
   sjk@hopkinscarley.com
2  Jay M. Ross (State Bar No. 151750)
   jross@hopkinscarley.com
3  HOPKINS & CARLEY
4  A Law Corporation
   The Letitia Building
5  70 S. First Street
   San Jose, CA 95113-2406
6
7  *mailing address:*
   P.O. Box 1469
8  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
9  Facsimile:    (408) 998-4790

10 Attorneys for Secured Creditor
   BOSTON PRIVATE BANK & TRUST
11 COMPANY, formerly known as and successor to
12 Borel Private Bank & Trust Company

13               UNITED STATES BANKRUPTCY COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 In re:                           CASE NO.  13-53491

18 272 E. Santa Clara Grocery, LLC, CHAPTER NO.  11

19        Debtor.                   **BALLOT FOR ACCEPTING OR
                                    REJECTING CREDITOR BOSTON
20                                  PRIVATE BANK & TRUST COMPANY'S
                                    CHAPTER 11 PLAN OF
21                                  REORGANIZATION DATED DECEMBER
                                    5, 2013 (AS AMENDED MARCH 20, 2014)**
22

23

24

25

26         Secured Creditor Boston Private Bank &Trust Company, formerly known as and

27 successor to Borel Private Bank & Trust Company ("BPB") filed a plan of reorganization dated

28 December 5, 2013, as amended March 20, 2014 (collectively the "BPB Plan").  On or about April

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

547\1118126.1

9, 2014, the Court approved a disclosure statement that BPB filed with respect to the BPB Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from BPB's attorney as follows:

Stephen J. Kottmeier
Hopkins & Carley, ALC
70 S. First Street
San Jose, CA 95113
Phone: (408) 286-9800
Fax: (408) 998-4790

Court approval of the disclosure statement does not indicate approval of the BPB Plan by the Court.

**You should review the Disclosure Statement and the BPB Plan before you vote. You may wish to seek legal advice concerning the BPB Plan and your classification and treatment under the BPB Plan. Your claim and/or equity interest has been placed in a class designated under the BPB Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. The Classes established by the BPB Plan are as follows:**

**Class 1: Secured Tax Claims**

**Class 2: BPB's Secured Claim**

**Class 3: General Unsecured Claims**

**Class 4: Debtor's Equity Holders**

**If your signed ballot is not received by Hopkins & Carley, ALC, on or before June 11, 2014, and such deadline is not extended, your ballot will not be counted as either an acceptance or rejection of the BPB Plan.**

**In this case, the Debtor, 272 E. Santa Clara, LLC, also has filed a Chapter 11 Plan of reorganization ("Debtor's Plan") and you also may receive a ballot inviting you to vote on the Debtor's Plan. If you receive a ballot to vote on the Debtor's Plan, too, and you choose**

547\1118126.1                                    - 2 -

to vote in favor of both the BPB Plan and the Debtor's Plan, you may indicate on your ballots any preference you may have between the BPB Plan and the Debtor's Plan.

If the BPB Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

[Ballot continued on next page]

////
////

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _____ equity interest in the Debtor, consisting of _____ shares or other interests of *[describe equity interest]*_____ in, OR _____% ownership interest of the Debtor.

[__] ACCEPTS THE PLAN          [__] REJECTS THE PLAN

Print or type name: _____

Signature: _____

Title (If corporation or partnership)_____

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

**RETURN THIS BALLOT TO:**
**Hopkins & Carley, ALC**
**Attn: Stephen J. Kottmeier, Esq.**
**70 S. First Street**
**San Jose, CA 95113**
**Fax: (408) 998-4790**
**Email: sjk@hopkinscarley.com**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE
547\1118126.1

- 4 -

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

**Exhibit C**

Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151750)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S. First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Secured Creditor
BOSTON PRIVATE BANK & TRUST
COMPANY, formerly known as and successor to
Borel Private Bank & Trust Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>            Debtor. | CASE NO. 13-53491<br><br>CHAPTER NO. 11<br><br>**BALLOT FOR ACCEPTING OR REJECTING CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S CHAPTER 11 PLAN OF REORGANIZATION DATED DECEMBER 5, 2013 (AS AMENDED MARCH 20, 2014)** |

      Secured Creditor Boston Private Bank &Trust Company, formerly known as and successor to Borel Private Bank & Trust Company ("BPB") filed a plan of reorganization dated December 5, 2013, as amended March 20, 2014 (collectively the "BPB Plan"). On or about April

547\1118126.1

9, 2014, the Court approved a disclosure statement that BPB filed with respect to the BPB Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from BPB's attorney as follows:

Stephen J. Kottmeier
Hopkins & Carley, ALC
70 S. First Street
San Jose, CA 95113
Phone: (408) 286-9800
Fax: (408) 998-4790

Court approval of the disclosure statement does not indicate approval of the BPB Plan by the Court.

**You should review the Disclosure Statement and the BPB Plan before you vote. You may wish to seek legal advice concerning the BPB Plan and your classification and treatment under the BPB Plan. Your claim and/or equity interest has been placed in a class designated under the BPB Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. The Classes established by the BPB Plan are as follows:**

**Class 1: Secured Tax Claims**

**Class 2: BPB's Secured Claim**

**Class 3: General Unsecured Claims**

**Class 4: Debtor's Equity Holders**

**If your signed ballot is not received by Hopkins & Carley, ALC, on or before June 11, 2014, and such deadline is not extended, your ballot will not be counted as either an acceptance or rejection of the BPB Plan.**

**In this case, the Debtor, 272 E. Santa Clara, LLC, also has filed a Chapter 11 Plan of reorganization ("Debtor's Plan") and you also may receive a ballot inviting you to vote on the Debtor's Plan. If you receive a ballot to vote on the Debtor's Plan, too, and you choose**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  to vote in favor of both the BPB Plan and the Debtor's Plan, you may indicate on your

2  ballots any preference you may have between the BPB Plan and the Debtor's Plan.

3      If the BPB Plan is confirmed by the Bankruptcy Court it will be binding on you

4  whether or not you vote.

6      [Ballot continued on next page]

27  ////

28  ////

547\1118126.1

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are

holder of an equity interest in the Debtor, please specify your percentage of ownership interest

rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following

regarding the status of your claim:  the undersigned, the holder of a Class **2** claim against the

Debtor in the unpaid amount of _ONE HUNDRED FORTY-ONE THOUSAND, ONE HUNDRED FIFTY-EIGHT $ 14/100_ Dollars ($ **141,158 16 ✱**);

_PER ORDER DOCKET #155_

If you hold an equity interest in the Debtor, please complete the following to describe

your interest:  the undersigned, the holder of Class _____ equity interest in the Debtor, consisting

of _____ shares or other interests of *[describe equity interest]*_____ in, OR

_____% ownership interest of the Debtor.


[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

Print or type name: _KATHY ZUCKERMAN - CREDITOR BOSTON PRIVATE BANK & TRUST_

Signature: _____

Title (If corporation or partnership) _SVP_

Address: _16000 VENTURA BLVD, SUITE 100_
_ENCINO, CA 91436_

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's

Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both

Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan


**RETURN THIS BALLOT TO:**
**Hopkins & Carley, ALC**
**Attn: Stephen J. Kottmeier, Esq.**
**70 S. First Street**
**San Jose, CA 95113**
**Fax: (408) 998-4790**
**Email: sjk@hopkinscarley.com**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

547\1118126.1                                      - 4 -

Case: 13-53491   Doc# 212   Filed: 06/13/14   Entered: 06/13/14 15:30:48   Page 12 of 23

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

<u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _3_ claim against the Debtor in the unpaid amount of _Five Thousand Nine Hundred_ ^Fourteen Dollars ($_5,914.21_);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _____ equity interest in the Debtor, consisting of _____ shares or other interests of *[describe equity interest]*_____ in, OR _____% ownership interest of the Debtor.

[_] ACCEPTS THE PLAN    [✓] REJECTS THE PLAN

Print or type name: _Richard Gullen_

Signature: _____

Title (If corporation or partnership) _Shareholder_

Address: _1960 The Alameda #205_

_San Jose, CA 95126_

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan ~~_____ Debtor's Plan~~

**RETURN THIS BALLOT TO:**
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491    Doc# 212    Filed: 06/13/14    Entered: 06/13/14 15:30:48    Page 13 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _3_ claim against the Debtor in the unpaid amount of _$668,241.00_ Dollars ($ _668,241.00_);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _____ equity interest in the Debtor, consisting of ____ shares or other interests of *[describe equity interest]*_____ in, OR _____% ownership interest of the Debtor.

[__] ACCEPTS THE PLAN          [✓] REJECTS THE PLAN

Print or type name: _Andrew A. Lewis_

Signature: _____

Title (If corporation or partnership)_____

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491    Doc# 212    Filed: 06/13/14    Entered: 06/13/14 15:30:48    Page 14 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _B2 c_ claim against the Debtor in the unpaid amount of _$80,000_ Dollars ($ _80,000.00_ );

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _____ equity interest in the Debtor, consisting of _____ shares or other interests of *[describe equity interest]*_____ in, OR _____% ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN      [ ✗ ] REJECTS THE PLAN

Print or type name: _Oren Perry_

Signature: _Oren Perry_

Title (If corporation or partnership) _____

Address: _1080 Magdalena_
_Los Altos Hills CA 94024_

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

**RETURN THIS BALLOT TO:**
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

547\11\1118126.1

- 4 -

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($ _____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of 27.5591 shares or other interests of *[describe equity interest]* member interest in, OR 27.5591 % ownership interest of the Debtor.

[_] ACCEPTS THE PLAN          [4] REJECTS THE PLAN

Print or type name:  *Andrew A. Lewis, Trustee*

Signature:

Title (If corporation or partnership)_____

Address: _____
_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491    Doc# 212    Filed: 06/13/14    Entered: 06/13/14 15:30:48    Page 16 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of _11.8110_ shares or other interests of *[describe equity interest]* MEMBER INTEREST in, OR _11.8110_ % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN        [✓] REJECTS THE PLAN

Print or type name: *Pensco Trust Company Custodian FBO Andrew A. Luis IRA*

Signature: _____

Title (If corporation or partnership)_____

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491    Doc# 212    Filed: 06/13/14    Entered: 06/13/14 15:30:48    Page 17 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of _7.814D_ shares or other interests of *[describe equity interest]* _member interest_ in, OR _7.814D_ % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN        [ 4 ] REJECTS THE PLAN

Print or type name: _Michael Lynch_

Signature: _Michael Lynch_

Title (If corporation or partnership) _____

Address: _PO Box 591_

_Luling LA 70070_

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

**RETURN THIS BALLOT TO:**
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491   Doc# 212   Filed: 06/13/14   Entered: 06/13/14 15:30:48   Page 18 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of 23.6220 shares or other interests of *[describe equity interest]* MEMBER INTEREST in, OR 23.6220 % ownership interest of the Debtor.

[__] ACCEPTS THE PLAN       [✓] REJECTS THE PLAN

Print or type name: Liesel ERNST

Signature: _____

Title (If corporation or partnership) _____

Address: _____
_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

567\1118126.1                                    - 4 -

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of *3.9370* shares or other interests of *[describe equity interest]* *Member Interest* in, OR *3.9370* % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN      [✓] REJECTS THE PLAN

Print or type name: *Allen R. Tognoli & Tina D. Tognoli, Trustees*

Signature: *[signature]*

Title (If corporation or partnership) *Trustee*

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

547\1118126.1

- 4 -

BALLOT FOR ACCEPTING OR REJECTING BPB PLAN OF REORGANIZATION CASE NO. 13-53491

<u>ACCEPTANCE OR REJECTION OF THE PLAN</u>

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of _17.3228_ shares or other interests of [describe equity interest] *MEMBER INTEREST* in, OR _17.3228_ % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN     [✓] REJECTS THE PLAN

Print or type name: *Oren Perry & Dorit G. Perry, Trustee*

Signature: *Oren Perry por Dorit Perry Trustee*

Title (If corporation or partnership) _____

Address: *1080 Magda Way*

*Los Altos Hills*

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

<u>RETURN THIS BALLOT TO:</u>
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491     Doc# 212     Filed: 06/13/14     Entered: 06/13/14 15:30:48     Page 21 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class _____ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class _4_ equity interest in the Debtor, consisting of _393R_ shares or other interests of *[describe equity interest]* *MEMBER INTEREST* in, OR _3.9370_ % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN      [✓] REJECTS THE PLAN

Print or type name: _Linda C. Latham_

Signature: _Linda C. Latham_

Title (If corporation or partnership)_____

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan _____ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA 95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491   Doc# 212   Filed: 06/13/14   Entered: 06/13/14 15:30:48   Page 22 of 23

## ACCEPTANCE OR REJECTION OF THE PLAN

Please complete the following information regarding the status of your claim (if you are holder of an equity interest in the Debtor, please specify your percentage of ownership interest rather than a dollar amount of a claim):

If you hold a secured, priority or non-priority claim, please complete the following regarding the status of your claim: the undersigned, the holder of a Class ___4___ claim against the Debtor in the unpaid amount of _____ Dollars ($_____);

If you hold an equity interest in the Debtor, please complete the following to describe your interest: the undersigned, the holder of Class __4__ equity interest in the Debtor, consisting of _100%_ shares or other interests of *[describe equity interest]* _____ in, OR _100%_ % ownership interest of the Debtor.

[ ] ACCEPTS THE PLAN          [✓] REJECTS THE PLAN

Print or type name: Debtor 272 E. Santa Clara Grocery, LLC

Signature: _____

Title (If corporation or partnership) Andrew A. Lewis, manager

Address: _____

_____

If you did or will vote to ACCEPT the BPB Plan and voted to ACCEPT the Debtor's Plan, you may check one of the following to reflect your preference (if you did not ACCEPT both Plans, do not answer the following):

I PREFER THE: _____ BPB Plan __✓__ Debtor's Plan

### RETURN THIS BALLOT TO:
Hopkins & Carley, ALC
Attn: Stephen J. Kottmeier, Esq.
70 S. First Street
San Jose, CA  95113
Fax: (408) 998-4790
Email: sjk@hopkinscarley.com

Case: 13-53491    Doc# 212    Filed: 06/13/14    Entered: 06/13/14 15:30:48    Page 23 of 23