Stephen J. Kottmeier (State Bar No. 077060)
sjk@hopkinscarley.com
Jay M. Ross (State Bar No. 151759)
jross@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone: (408) 286-9800
Facsimile: (408) 998-4790

Attorneys for Secured Creditor BOSTON PRIVATE BANK & TRUST COMPANY, formerly known as and successor to Borel Private Bank & Trust Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>272 E. Santa Clara Grocery, LLC,<br><br>Debtor. | CASE NO. 13-53491<br><br>CHAPTER 11<br><br>**SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S OBJECTION TO DEBTOR'S BALLOT SUMMARY AND TABULATION RELATIVE TO BPB'S PLAN [DKT. NO. 205-3]**<br><br>Date: June 18, 2014<br>Time: 1:30 p.m.<br>Judge: Hon. Stephen L. Johnson<br>Courtroom: 3099 |

Secured Creditor Boston Private Bank & Trust Company ("BPB") hereby submits its objection to Debtor's Ballot Summary and Tabulation Relative To BPB's Plan [Dkt. 205-3] on the grounds that the Court's Order dated April 9, 2014 approving BPB's Disclosure Statements and Fixing Time for Filing Acceptances and Rejections of the Plans [Dkt. No. 166] provides that

BPB's counsel is to file the summary for the BPB Plan. In addition, under Local bankruptcy Rule 3020-1, unless otherwise ordered by the Court, the plan proponent is to prepare and serve the ballot tabulation. Therefore there is no basis for the Debtor to file the summary for BPB's Plan. Finally, the Debtor has incorrectly tabulated the ballots submitted relating to BPB's Plan. The summary submitted for BPB's Plan by the Debtor should therefore be disregarded.

Dated: June 13, 2014

HOPKINS & CARLEY
A Law Corporation

By: /s/ Stephen J. Kottmeier
Stephen J. Kottmeier
Jay M. Ross
Attorneys for Secured Creditor
BOSTON PRIVATE BANK & TRUST COMPANY

436\1127027.1
- 2 -
SECURED CREDITOR BOSTON PRIVATE BANK & TRUST COMPANY'S OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN OF REORGANIZATION
CASE NO. 13-53491

Case: 13-53491    Doc# 213    Filed: 06/13/14    Entered: 06/13/14 15:33:52    Page 2 of 2