

| | |
|---|---|
| 1 | CAMPEAU GOODSELL SMITH, L.C.<br>SCOTT L. GOODSELL, #122223 |
| 2 | WILLIAM J. HEALY, #146158<br>440 N. 1st Street, Suite 100 |
| 3 | San Jose, California  95112<br>Telephone:  (408) 295-9555 |
| 4 | Facsimile:   (408) 295-6606 |

The following constitutes
the order of the court. Signed June 24, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  )   Case No. 13-53491
        )
272 E SANTA CLARA GROCERY, LLC,  )   CHAPTER 11
        )
        Debtor.  )   **ORDER APPROVING STIPULATION**
        )   **TO AMEND BRIEFING SCHEDULE**
        )
        )   Date: July 21, 2014
        )   Time: 2:30 p.m.
        )   Place:
        )       280 S. First Street
        )       San Jose, CA 95113
        )   Judge: Hon. Stephen L. Johnson
_____)

The Court, having read and considered the STIPULATION TO AMEND BRIEFING SCHEDULE ("Stipulation") between Debtor 272 E SANTA CLARA GROCERY, LLC ("Debtor") and Boston Private Bank & Trust Company ("BPB") and having found good cause, does approve the Stipulation and therefore:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The briefing schedule ordered by the court at the June 18, 2014 relative to Debtor's Chapter 11 Plan and BPB's Chapter 11 Plan is amended such that Debtor's brief is to be filed by July 2, 2014 and BPB's brief is to be filed by July 14, 2014.

***End of Order***

---

STIPULATION TO AMEND BRIEFING SCHEDULE

Court Service List