CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:    (408) 295-6606

ATTORNEYS FOR Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

272 E SANTA CLARA GROCERY, LLC,

Debtor.

Case No. 13-53491

CHAPTER 11

**NOTICE OF HEARING ON SECOND INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

**Date: September 24, 2014**
**Time: 1:30 p.m.**
**Place:**
  **280 S. First Street, Crt. Rm. 3099**
  **San Jose, CA 95113**
**Judge: Hon. Stephen L. Johnson**

TO THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY COURT JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; 272 E SANTA CLARA GROCERY, LLC ; and all other interested parties:

Campeau Goodsell Smith ("CGS" or "Applicant"), general bankruptcy counsel to 272 E. Santa Clara Grocery, LLC, debtor-in-possession ("Debtor") in the above entitled bankruptcy case ("Bankruptcy Case"), hereby submits this Notice of Hearing on Second Interim and Final Application for Compensation and Reimbursement of Expenses by Attorney for Debtor ("Final

**NOTICE OF HEARING ON SECOND INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

Application"), pursuant to sections 328, 331, and 330 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses (the "Compensation Guidelines") promulgated by the Executive Office of the United States Trustee pursuant to 28 U.S.C. § 586(a)(3)(A). By this Application, CGS seeks, among other things, an order (i) approving as interim and final compensation those Chapter 11 attorneys fees incurred and costs expended by Applicant during the period of November 1, 2013 through the date of the hearing on this Application ("Application Period"), namely attorneys fees of $190,302.50 and costs of $3,271.08; (ii) approving the Order Granting First Interim Application for Compensation And Reimbursement of Expenses by Attorney for Debtor (Docket#118) ("Order Approving First Application") as final; (iii)approving $3,575.25 in attorneys fees for preparation of the First Application; (iv)approving $5,525.00 in attorneys fees for preparation of the Final Application; (v) authorizing and ordering Debtor to pay to these sums to Applicant; and (vi) for such further relief as this court deems proper.

Creditors and other parties in interest are invited to review the applications on file with the Clerk of the above-captioned Bankruptcy Court. Copies of the application and other supporting documents may be obtained from the court or Debtor's counsel Campeau Goodsell Smith at 440 N. 1st Street, Suite 100, San Jose, CA 95112 (408-295-9555 Scott L. Goodsell or William J. Healy). Failure to respond to the Application may be treated as consent to the relief requested. Any objections to the application must be in writing and filed with the Clerk of the Bankruptcy Court 280 South First Street, Room 3035 San Jose, CA 95113-3099 and served on Debtor's counsel at Campeau Goodsell Smith, 440 N. 1st Street, Suite 100, San Jose, CA 95112 and the Office of The United States Trustee 280 South First Street, Room 268 San Jose, CA 95113, at least seven days before the hearing.

Dated: September 2, 2014

                            CAMPEAU GOODSELL SMITH
                            /s/ William J. Healy
                            William J. Healy

**NOTICE OF HEARING ON SECOND INTERIM AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR**

2